# In the United States Court of Federal Claims
## ORIGINAL

**OFFICE OF SPECIAL MASTERS**
No. 15-260V
Filed: July 13, 2015

```
*****************************************
SANDRA E. HORVATH,                        *
                                          *
              Petitioner,                 *
                                          *
v.                                        *
                                          *
SECRETARY OF HEALTH                       *
AND HUMAN SERVICES,                       *
                                          *
              Respondent.                 *
                                          *
*****************************************
```

FILED

JUL 13 2015

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

In her previous Order issued May 19, 2015, the undersigned ordered petitioner to file an affidavit and pre-vaccination medical records by July 17, 2015. The undersigned also noted that petitioner may ask Dr. Tsai to prepare a supplemental report giving a basis for his opinion that the flu vaccine caused petitioner's mixed connective tissue disorder.

Petitioner emailed the undersigned's law clerk on June 7, 2015. Petitioner reported that her medical records were mistaken in recording that she had a flu shot in October 7, 2009 and a subsequent reaction. She actually received the flu shot on October 7, 1999, rather than in 2009. The undersigned's law clerk directed petitioner to file records reflecting petitioner's reaction to her October 7, 1999 flu vaccination, but directed that petitioner need not file full records from 1999 to 2012, just records relevant to her prior flu vaccine reaction.

On July 10, 2015, petitioner emailed the undersigned's law clerk and respondent's counsel. She reported her medical provider has agreed to correct her medical records with regard to the first vaccination date in 1999 and timing of symptoms in 2012, and she requested additional time to file these records. She reported that she intends to make another request to Dr. Tsai to write a supplemental expert report. She also reported that she is considering consulting an attorney.

Petitioner's request is granted. The undersigned gives petitioner an additional 30 days, until **August 17, 2015**, to file her affidavit and medical records. A status conference remains scheduled for **Monday, August 31, 2015, at 2:30 p.m. (EDT)**.

**IT IS SO ORDERED.**

Dated: <u>July 13, 2015</u>                                                    /s/ Laura D. Millman
                                                                                           Laura D. Millman
                                                                                           Special Master