FILED
AUG 11 2015
U.S. COURT OF
FEDERAL CLAIMS

ORIGINAL

# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
[Date Document Filed] NO ACTION NECESSARY,

ATTORNEY HAS BEEN SUBSTITUTED

PURSUANT TO RULE 83.1 (c)(4)

| | |
|---|---|
| SANDRA E. HORVATH, | |
| Petitioner, | |
| v. | Case No. 15-260V |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Master: Laura D. Millman |
| Respondent. | |

## CONSENTED MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Michael A. Firestone, MBA, JD hereby moves the court to be substituted as Petitioner's Attorney of Record in the above-styled case. Per Vaccine Rule 14(c) and R. Ct. Fed. Cl. 83.1(c) (4) the following documents are provided:

1. An affidavit by Michael A. Firestone, MBA, JD stating that he has been retained as attorney in this matter. (See Exhibit 1 attached hereto.)

2. The written consent for substitution of attorney by the previous attorney of record. (See Exhibit 2 attached hereto.)

WHEREFORE, Michael A. Firestone, MBA, JD moves that the Court recognize him as the attorney of record.

*/s/ Michael A. Firestone*

Michael A. Firestone, MBA, JD
Marvin Firestone MD, JD & Associates
1700 South El Camino Real, Suite 204
San Mateo, CA 94402
(650) 212-4900 Phone
(650) 212-4905 Fax
firestone@lawmdjd.com

# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| SANDRA E. HORVATH, | |
| Petitioner, | |
| v. | Case No. 15-260V |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Master: Laura D. Millman |
| Respondent. | |

### AFFIDAVIT OF APPOINTMENT

State of California
County of San Mateo

Michael A. Firestone, MBA, JD states as follows:

1. That I am an attorney licensed to practice law in the U.S. Court of Federal Claims.

2. That Sandra Horvath has retained me as new attorney of record in this matter.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 08|10|15.

*Michael A. Firestone*
Michael A. Firestone, MBA, JD
Marvin Firestone MD, JD & Associates
1700 South El Camino Real, Suite 204
San Mateo, CA 94402
(650) 212-4900 Phone
(650) 212-4905 Fax
firestone@lawmdjd.com

**(Exhibit 1)**

2

# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| SANDRA E. HORVATH,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | Case No. 15-260V<br><br>Special Master: Laura D. Millman |

## CONSENT TO CHANGE ATTORNEY OF RECORD

NOW COMES Sandra Horvath, Attorney of Record in the above- captioned matter, and hereby consents to Michael A. Firestone, MBA, JD, being named as the new attorney of record in said matter.

Respectfully submitted,

By: *Sandra E. Horvath*
Sandra E. Horvath
Date: 8-5-2015

(Exhibit 2)

3

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was served upon the respondent by U. S. Mail on August 10, 2015

Linda Renzi, Trial Attorney
U.S. Department of Justice
Vaccine Litigation
Torts Branch/Civil Division
P.O. Box 146
Ben Franklin Station
Washington, D.C. 20044-0146

*Michael Firestone*
Michael A. Firestone, MBA, JD
Marvin Firestone MD, JD & Associates
1700 South El Camino Real, Suite 204
San Mateo, CA 94402
(650) 212-4900 Phone
(650) 212-4905 Fax
firestone@lawmdjd.com