# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 15-260V
Filed: August 31, 2015

```
*************************************
SANDRA E. HORVATH,              *
                                *
          Petitioner,           *
                                *
v.                              *
                                *
SECRETARY OF HEALTH             *
AND HUMAN SERVICES,             *
                                *
          Respondent.           *
                                *
*************************************
```

## ORDER

A telephonic status conference was held on August 31, 2015. The undersigned noted that a significant number of petitioner's pre-vaccination medical records are missing from the record. Many of the pages in exhibit nine are blank, suggesting that there was a problem in reproducing the records. Ex. 9. Petitioner should check whether exhibit nine is complete. Petitioner also needs to obtain medical records from Dr. Joe Saul at SOAR Orthopedic relating to her back injury in late 2000. Finally, the petitioner needs to obtain a VAERS report and provide her medical records from 2000 to December, 2011. The petitioner should obtain all of the referenced missing medical records and file them by **October 30, 2015**.

Petitioner's counsel mentioned that he was planning on consulting with an expert, Dr. Utz, and noted that he was going to ask Dr. Utz to block out time to look at this case in mid-December. The undersigned reminded petitioner's counsel to ensure that petitioner's medical records are complete before giving them to Dr. Utz.

The next telephonic status conference is scheduled for **Monday, November 16, at 2:30 p.m. (EST).**

**IT IS SO ORDERED.**

Dated: August 31, 2015                    s/ Laura D. Millman
                                          Laura D. Millman
                                          Special Master