1042647

**HORVATH, SANDRA ELAINE**            Exam Date: 01/21/2011          1/20/11
Unit#: M000543969       Acct#: M00345945135
DOB: 07/17/1955    AGE: 55       SEX: F
ORD MD: Chaudhary,Joceliza G MD


        Joceliza G Chaudhary MD
        2460 Samaritan Dr
        San Jose, CA 95124


**EXAMS:**                                                    CPT:
001535751 DIG MAMMOGRAM SCREENING BI                          77057

 CLINICAL HISTORY:
 55 year old woman for routine screening.

 COMPARISON:
 12/27/07 and 08/30/06

 FINDINGS:
 Full field digital mammography was performed.  Computer assisted
 lesion detection was performed with the iCAD system.  Routine views
 were obtained.  Dense tissue occupies 10% of the breast volume
 bilaterally.  There are no masses, architectural distortion or
 suspicious microcalcifications. There has been no significant change
 from prior examination.

*IMPRESSION:*
*No evidence of malignancy.*

*RECOMMENDATION:*
*Routine annual screening.*

 BIRADS Code:  Negative / 1 1Y


            ** Electronically Signed by M.D. Allan M. Wright **
            **          on 02/02/2011 at 0840              **
               Reported by: Allan M. Wright, M.D.
               Signed by:   Allan M. Wright, M.D.

                                        2/7/11

                                    OK PLS SEND CARD
                                        JGC

CC: Joceliza G Chaudhary MD

DICTATED DATE/TIME: 01/31/2011 (1025)
TRANSCRIBED DATE/TIME: 02/01/2011 (0932)
TRANSCRIPTIONIST: MOVCMA/MOVCMA
PRINTED DATE/TIME: 02/02/2011 (0840)  BATCH#:

PAGE  1                 **Joceliza G Chaudhary MD**

10/29/2015 3:04 PM  FROM: Fax Microsoft  TO: 1 (650)212-4905     PAGE: 006 OF 056

**VRI** | **VALLEY RADIOLOGY MEDICAL ASSOCIATES INC.**

SAMARITAN IMAGING
2581 SAMARITAN DRIVE
SUITE 100
Phone: 408-358-6881
Fax: 408-356-8785

RE:   **HORVATH, SANDRA E**

DOB:   July 17, 1955

MRN:   01427949

Enc #:   380936

Exam Date: March 03, 2008

Mary Regan PAC
2460 Samaritan Dr
San Jose, CA 95124

**EXAM: CERVICAL SPINE**

**HISTORY:** Persistent neck pain.

**REPORT:**

TECHNIQUE: Four views.

COMPARISON: None.

FINDINGS:
There is degenerative change at the C5-6 level with anterior and posterior spurring and disc space narrowing. C6 and C7 appear to be fused and I suspect that this is a congenital anomaly - correlate with history. Any prior surgery? Degenerative change is noted over facet joints and joints of Luschka. I cannot exclude some neural foraminal encroachment at the C5 level, especially on the right. Calcification noted within ligamentum nuchae. Some reversal of the normal cervical curve.

**IMPRESSION:**
Degenerative change with probably congenital anomaly as described above.

Thank you for the opportunity to participate in the care of this patient.

Keith Fraker, MD
Board Certified Radiologist
*Electronically Signed:* 3/3/08   4:17 pm

TC *Transcribed:* 3/3/08   4:10 pm

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Accredited by the American College of Radiology in Magnetic Resonance, Ultrasonography and Mammography.

Printed: 3/3/2008 4:17 pm                    HORVATH, SANDRA E (Exam 430032)                    Page 1 of 1

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905   PAGE: 007 OF 056



Name: HORVATH,SANDRA
ID : 642647
Date: 01/11/08   Time:11:47
Age : 52      Sex : FEMALE
Hgt :    IN   Wgt :   LBS
Med1:
Med2:
Ccl1:
Ccl2:
Cmnt:

BPI                    I VITHIN NORMAL LIMITS          PR:
Qrs: --Durations--  I   Qt:                            Axis:
P WavesP :  106     I  SUMMARY waves:NORMAL   ** UNCONFIRMED ANALYSIS **
Interpreta ORS :  90  I
--I--Intervals--I
--I   PR :  106  I
--I   QT :  410  I
 I   QTc :  417  I
 I  --Axes--  I
 I   P  :   -2  I
 I  QRS :   40  I
 I   T  :   49  I

Speed  25 mm/s    Freq: 60  .05  30Hz
Gain  Limb 10    Chest 10  mm/mv

E350i Rev.1.26 GRI 10:1

BURDICK, INC.      BURDICK REORDER NO/REF 007966      D607

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650) 212-4905   PAGE: 008 OF 056

0490047
1/20/11 SV

# LabCorp
Laboratory Corporation of America

**LabCorp San Diego**
13112 Evening Creek Dr So  Ste 200
San Diego, CA 92128-4108

Phone: 858-668-3700

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| 021-253-4353-0 | | 60036153133 | 04387800 | 408-358-1911 | 00 |

| Patient Last Name | | | | Account Address |
|---|---|---|---|---|
| HORVATH | | | | Samaritan Family Practice |

| Patient First Name | | Patient Middle Name | |
|---|---|---|---|
| SANDRA | | | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | 408-978-3857 | |

2460 Samaritan Dr
SAN JOSE CA  95124

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 55/06/04 | 07/17/55 | F | No |

| Patient Address | Additional Information |
|---|---|
| 1627 HUSTEAD  SAN JOSE  CA  95125 | |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 01/21/11 12:03 | 01/22/11 | 01/22/11 09:19ET | KUROIWA  , T | | |

**Tests Ordered**
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Iron and TIBC; Thyroxine (T4) Free, Direct, S; TSH; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 8.2 | | x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.73 | | x10E6/uL | 3.80 - 5.10 | 01 |
| Hemoglobin | 14.4 | | g/dL | 11.5 - 15.0 | 01 |
| Hematocrit | 43.7 | | % | 34.0 - 44.0 | 01 |
| MCV | 92 | | fL | 80 - 98 | 01 |
| MCH | 30.4 | | pg | 27.0 - 34.0 | 01 |
| MCHC | 33.0 | | g/dL | 32.0 - 36.0 | 01 |
| RDW | 13.3 | | % | 11.7 - 15.0 | 01 |
| Platelets | 352 | | x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 43 | | % | 40 - 74 | 01 |
| Lymphs | 40 | | % | 14 - 46 | 01 |
| Monocytes | 11 | | % | 4 - 13 | 01 |
| Eos | 5 | | % | 0 - 7 | 01 |
| Basos | 1 | | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 3.6 | | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 3.2 | | x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes(Absolute) | 0.9 | | x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.4 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | | % | 0 - 1 | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 97 | | mg/dL | 65 - 99 | 01 |
| BUN | 15 | | mg/dL | 6 - 24 | 01 |
| | | **Please note reference interval change** | | | |
| Creatinine, Serum | 0.76 | | mg/dL | 0.57 - 1.00 | 01 |
| eGFR | >59 | | mL/min/1.73 | >59 | |
| eGFR AfricanAmerican | >59 | | mL/min/1.73 | >59 | |

Note:  Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD.  Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

(handwritten annotations: 1/24/11  please notify pt  labs nml)

| HORVATH, SANDRA | | 021-253-4353-0 | Seq # 1146 |
|---|---|---|---|

01/22/11 09:33 ET     **DUPLICATE FINAL REPORT**     Page 1 of 2

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call    -    -

©2004-11 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.44

10/29/2015 3:04 PM  FROM: Fax Microsoft  TO: 1 (650) 212-4905     PAGE: 009 OF 056

# LabCorp
Laboratory Corporation of America

LabCorp San Diego
13112 Evening Creek Dr So  Ste 200
San Diego, CA 92128-4108

Phone: **858-668-3700**

| Patient Name | | | | | Specimen Number | |
|---|---|---|---|---|---|---|
| HORVATH,  SANDRA | | | | | **021-253-4353-0** | |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 04387800 | | 60036153133 | 01/21/11 12:03 | 01/22/11 | F | 55/06/04 | 07/17/55 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 20 | | | 9 - 23 | |
| | **\*\*Please note reference interval change\*\*** | | | | |
| Sodium, Serum | 138 | | mmol/L | 135 - 145 | 01 |
| Potassium, Serum | 4.4 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 102 | | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 24 | | mmol/L | 20 - 32 | 01 |
| Calcium, Serum | 9.8 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 7.3 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.7 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.6 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.8 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 70 | | IU/L | 25 - 150 | 01 |
| AST (SGOT) | 24 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 34 | | IU/L | 0 - 40 | 01 |
| **Iron and TIBC** | | | | | |
| Iron Bind.Cap.(TIBC) | 327 | | ug/dL | 250 - 450 | |
| UIBC | 247 | | ug/dL | 150 - 375 | 01 |
| Iron, Serum | 80 | | ug/dL | 35 - 155 | 01 |
| Iron Saturation | 24 | | % | 15 - 55 | |
| **Thyroxine (T4) Free, Direct, S** | | | | | |
| T4,Free(Direct) | 0.95 | | ng/dL | 0.82 - 1.77 | 01 |
| **TSH** | 1.890 | | uIU/mL | 0.450 - 4.500 | 01 |

| 01 | SO | LabCorp San Diego |
|---|---|---|

Dir: Kelli Hanson, MD
13112 Evening Creek Dr So  Ste 200, San Diego, CA 92128-4108
For inquiries, the physician may contact Branch: 800-888-1113  Lab: 858-668-3700

---

| HORVATH,  SANDRA | | **021-253-4353-0** | Seq # 1146 |
|---|---|---|---|

01/22/11 09:33 ET          **DUPLICATE FINAL REPORT**          Page 2 of 2

This document contains private and confidential health information protected by state and federal law. ©2004-11 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call     --   --                                                                    All Rights Reserved
DOC1 Ver: 1.44

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905   PAGE: 010 OF 056

| Specimen # | Control/Req N | | |
|---|---|---|---|
| **147-186-0086-0** | 60049916669 | Pg 1 | **LabCorp** V 1.37 |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| Yes | | | S /Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 05/27/10 | 08:46 | 05/28/10 | 05/28/10 |

| Patient ID Number | Patient Phone Number | | Patient SSN |
|---|---|---|---|
| NI | 408-978-3857 | | |

**Patient Name:** HORVATH, SANDRA  **Sex:** F  **Date of Birth:** 07/17/55

**Patient Address:** 1627 HUSTED  
SAN JOSE CA  95125

**Account**
04387800
Samaritan Family Practice                    00

2460 Samaritan Dr
SAN JOSE CA  95124

**Comments**
PATN AGE: 054/10/10

408-358-1911
NPI: 1366779977
PHY NAME: HAGGERTY,

**Tests Requested** CMP14+LP+Non HDL+CBC/D/Plt+...; Venipuncture;

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP14+LP+CBC/D/Plt+... | | | | | |
| Chemistries | | | | | 01 |
| Glucose, Serum | 79 | | mg/dL | 65 - 99 | 01 |
| BUN | 13 | | mg/dL | 5 - 26 | 01 |
| Creatinine, Serum | 0.64 | | mg/dL | 0.57 - 1.00 | 01 |
| eGFR | >59 | | mL/min/1.73 | >59 | |
| eGFR AfricanAmerican | >59 | | mL/min/1.73 | >59 | |

Note: Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD. Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

| | | | | | |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 20 | | | 8 - 27 | |
| Sodium, Serum | 136 | | mmol/L | 135 - 145 | 01 |
| Potassium, Serum | 4.3 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 99 | | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 27 | | mmol/L | 20 - 32 | 01 |
| Calcium, Serum | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.6 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.5 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.1 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 2.1 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 66 | | IU/L | 25 - 150 | 01 |
| AST (SGOT) | 23 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 38 | | IU/L | 0 - 40 | 01 |
| | | | | | 01 |
| Lipids | | | | | 01 |
| **Cholesterol, Total** | 209 | **High** | mg/dL | 100 - 199 | 01 |
| Triglycerides | 134 | | mg/dL | 0 - 149 | 01 |
| HDL Cholesterol | 66 | | mg/dL | >39 | 01 |
| Comment | | | | | 01 |

According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.

| | | | | | |
|---|---|---|---|---|---|
| VLDL Cholesterol Cal | 27 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 116 | **High** | mg/dL | 0 - 99 | |
| Non-HDL Cholesterol | 143 | **High** | mg/dL | 0 - 129 | |
| | | | | | 01 |
| Thyroid | | | | | 01 |
| TSH | 1.510 | | uIU/mL | 0.450 - 4.500 | 01 |

**FINAL REPORT**

© 2007 Laboratory Corporation of America Holdings
All Rights Reserved

HORVATH, SANDRA          NI          147-186-0086-0 Seq# 2085 05-28-10 11:28ET

Universal #2   580281s1

| Specimen # | Control/Req N | | |
|---|---|---|---|
| 147-186-0086-0 | 60049991└669 | Pg   2 | **LabCorp** V 1.37 |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| Yes | | | S /Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 05/27/10 | 08:46 | 05/28/10 | 05/28/10 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| NI | 408-978-3857 | |

**Account**
04387800
Samaritan Family Practice                    00

| Patient Name | Sex | Date of Birth |
|---|---|---|
| **HORVATH, SANDRA** | F | 07/17/55 |

Patient Address 1627 HUSTED
SAN JOSE CA  95125

2460 Samaritan Dr
SAN JOSE CA  95124

Comments

PATN AGE: 054/10/10

408-358-1911
NPI: 1366779977

PHY NAME: HAGGERTY,

Tests Requested CMP14+LP+Non HDL+CBC/D/Plt+...; Venipuncture;

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | | 01 |
| CBC, Platelet Ct, and Diff | | | | | 01 |
| WBC | 9.4 | | x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.65 | | x10E6/uL | 3.80 - 5.10 | 01 |
| Hemoglobin | 14.2 | | g/dL | 11.5 - 15.0 | 01 |
| Hematocrit | 42.7 | | % | 34.0 - 44.0 | 01 |
| MCV | 92 | | fL | 80 - 98 | 01 |
| MCH | 30.5 | | pg | 27.0 - 34.0 | 01 |
| MCHC | 33.3 | | g/dL | 32.0 - 36.0 | 01 |
| RDW | 13.6 | | % | 11.7 - 15.0 | 01 |
| Platelets | 341 | | x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 45 | | % | 40 - 74 | 01 |
| Lymphs | 39 | | % | 14 - 46 | 01 |
| Monocytes | 11 | | % | 4 - 13 | 01 |
| Eos | 4 | | % | 0 - 7 | 01 |
| Basos | 1 | | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 4.3 | | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 3.7 | | x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes(Absolute) | 1.0 | | x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | | % | 0 - 1 | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| | | | | | 01 |
| Urinalysis Gross Exam | | | | | 01 |
| Specific Gravity | 1.015 | | | 1.005 - 1.030 | 01 |
| pH | 7.5 | | | 5.0 - 7.5 | 01 |
| Urine-Color | Yellow | | | Yellow | 01 |
| Appearance | Clear | | | Clear | 01 |
| WBC Esterase | Negative | | | Negative | 01 |
| Protein | Negative | | | Negative/Trace | 01 |
| Glucose | Negative | | | Negative | 01 |
| Ketones | Negative | | | Negative | 01 |
| Occult Blood | Negative | | | Negative | 01 |
| Bilirubin | Negative | | | Negative | 01 |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0 - 1.9 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | | | | | |
| Microscopic follows if indicated. | | | | | 01 |
| Microscopic Examination | See below: | | | | 01 |

**FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

**HORVATH, SANDRA**                **NI**          **147-186-0086-0** Seq# 2085 05-28-10 11:18ET

Universal #2   5602A1a1

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (660)212-4905  PAGE: 012 OF 056

**LabCorp** V 1.37

| Specimen # | Control/Req N: | | |
|---|---|---|---|
| 147-186-0086-0 | 60049910669 | Pg 3 | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| Yes | | | S /Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 05/27/10 | 08:46 | 05/28/10 | 05/28/10 |

Clinical Information

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| NI | 408-978-3857 | |

Account
04387800
Samaritan Family Practice                        00

| Patient Name | Sex | Date of Birth |
|---|---|---|
| HORVATH, SANDRA | F | 07/17/55 |

Patient Address 1627 HUSTED
SAN JOSE CA   95125

2460 Samaritan Dr
SAN JOSE CA   95124

Comments

PATN AGE: 054/10/10

408-358-1911
NPI: 1366779977
PHY NAME: HAGGERTY,

Tests Requested CMP14+LP+Non HDL+CBC/D/Plt+...; Venipuncture;

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| WBC | 0-5 | | /hpf | 0 - 5 | 01 |
| RBC | None seen | | /hpf | 0 - 3 | 01 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 | 01 |
| **Casts** | **Present** | **Abnormal** | /lpf | None seen | 01 |
| Cast Type | Hyaline casts | | | N/A | 01 |
| Mucus Threads | Present | | | Not Estab. | 01 |
| Bacteria | None seen | | | None seen/Few | 01 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

01 PD   LabCorp Phoenix              Dir: Frank Ryan, PhD
        3930 E Watkins Suite 300, Phoenix, AZ 85034-7251
For inquiries,the physician may contact **Branch: 800-888-1113 Lab: 602-454-8000**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAST PAGE OF REPORT

**FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

| HORVATH, SANDRA | NI | 147-186-0086-0 Seq# 2085 05-28-10 11:18ET |
|---|---|---|

Universal #2  56028181

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905    PAGE: 013 OF 056

Horvath, Sandra  07/17/1955                    ** FINAL **                    Accession: 07122924790



**LABORATORY CORPORATION OF AMERICA**
13112 Evening Creek Drive South
San Diego, CA 92128
Tel: (858) 668-3700 or (800) 859-6046
CLIA #: 05D0571200
Medical Director: Kelli Hanson, M.D.

Laboratory Corporation of America
**LABORATORY REPORT**

| patient | report | provider |
|---|---|---|
| **Horvath, Sandra**<br>**54 Y (07/17/1955)**<br>**Female**<br>ID:<br>SSN: 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<br>PHONE: **(408)978-3857** | Accession: **07122924790**<br>Obtained: **03/12/2010**<br>**00:00:00**<br>Reported: **03/15/2010**<br>**18:10:00** | Client: **Samaritan Family Practice**<br>**(CS2453)**<br>   **2460 SAMARITAN DR,**<br>   **SAN JOSE, CA 95124**<br>Client No: **04387800**<br>Provider:  **HUTCHISON, T** |

A duplicate report has been generated due to demographic update
of the patient's Date of Birth, Age, Gender, and/or Specimen Date.
Please review patient results, reference intervals, and calculated    ** FINAL **
results that may have been affected by this change.

**Test**                          **Value**    **PLAB**

**\*\*\* URINE CULTURE, ROUTINE \*\*\***
URINE CULTURE, ROUTINE              Final report  SO

**\*\*\* RESULT \*\*\***
RESULT 1                                         SO
No growth after 16-24 hours.
This specimen was submitted in a sterile cup which requires
refrigerated temperatures to maintain the organisms without
excessive growth in transport. LabCorp recommends the use of the
urine culture transport device (available from your professional
services representative) for clean catch urine specimens.
PERFORMING LAB(S) LEGEND:
SO      LabCorp San Diego
        13112 Evening Creek Dr So Ste 200, San Diego, CA 921280000
        8586683700

*Reviewed by:*

**LabCorp®** V 1.37

| Specimen # | Control/Req Numb | | Pg 1 |
|---|---|---|---|
| 071-229-2479-0 | UBN04387 .0 | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| N/A | | | S /Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 03/12/10 | | 03/13/10 | 03/15/10 |

Clinical Information

642647
No Appt.

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| | 408-978-3857 | ***-**-8197 |

Account
04387800
Samaritan Family Practice
                                                    00

| Patient Name | Sex | Date of Birth |
|---|---|---|
| HORVATH, SANDRA | N | |

Patient Address 1627 HUSTED AVE
             SAN JOSE CA  95125

2460 Samaritan Dr
SAN JOSE CA  95124

Comments

408-358-1911
NPI: 1215916135           UPIN: Q66034          JH
                          PHY NAME: HUTCHISON

Tests Requested Urine Culture, Routine

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Urine Culture, Routine** | | | | | |
| Urine Culture, Routine | Final Report | | | | 01 |
| Result 1 | | | | | |
| No growth after 16-24 hours. | | | | | 01 |

    This specimen was submitted in a sterile cup which requires
    refrigerated temperatures to maintain the organisms without
    excessive growth in transport. LabCorp recommends the use of the
    urine culture transport device (available from your professional
    services representative) for clean catch urine specimens.

-------------------------------------------------------------------------

01 SO    LabCorp San Diego              Dir: Kelli Hanson, MD
         13112 Evening Creek Dr So  Ste 200, San Diego, CA 92128
For inquiries,the physician may contact **Branch: 800-888-1113 Lab: 858-668-3700**

-------------------------------------------------------------------------

                         LAST PAGE OF REPORT

3/16/10
LM For Pt Labs are
         normal
AM

notfy
Pt nml
JH

                         **FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

HORVATH, SANDRA          ***-**-8197  071-229-2479-0 Seq# 0521 03-15-10 14:15ET

Universal #2  560281a1

## LAB RESULTS

NAME: _Sandra Werworth_   DATE: _3/2 10_

MR# _____ PREFORMED BY: _____dt_____

**URINALYSIS:**

Leukocytes: _8_                Blood: _non Hem R_

Nitrate: _O_                   Sp. Gravity: _1.030_

Uribilinogen: _02_             Ketones: _O_

Protein: _+_                   Bilirubin: _O_

pH: _50_                       Glucose: _O_

**URINE HCG:**

    Negative                Positive

**RAPID SRTEP:**

    Negative                Positive

**LabCorp** V 1.37

| Specimen # | Control/Req Numb | | | |
|---|---|---|---|---|
| 061-229-3824-0 | T6K0438 | 0 | Pg | 1 |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| N/A | | | S /Final | 6 4 2 6 4 7 |
| Date Collected | Time Collected | Date Entered | Date Reported | 3/2/2 10 |
| 03/02/10 | | 03/03/10 | 03/05/10 | |

| Patient ID Number | Patient Phone Number | Patient SSN | Account |
|---|---|---|---|
| | 408-978-3857 | ***-**-8197 | 04387800 |

| Patient Name | | Sex | Date of Birth | Samaritan Family Practice |
|---|---|---|---|---|
| HORVATH, SANDRA | | F | 07/17/55 | 00 |

Patient Address 1627 HUSTED AVE
SAN JOSE CA  95125

2460 Samaritan Dr
SAN JOSE CA  95124

Comments

PATN AGE: 054/07/13

408-358-1911
NPI: 1366779977

PHY NAME: HAGGERTY,

Tests Requested Urine Culture, Routine; MIC Organism #1; Presumptive ID; Organism ID

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

**Urine Culture, Routine**
Urine Culture, Routine          Final Report                                        01
Result 1
    Klebsiella pneumoniae                                                            01
    Greater than 100,000 colony forming units per mL
    This specimen was submitted in a sterile cup which requires
    refrigerated temperatures to maintain the organisms without
    excessive growth in transport. LabCorp recommends the use of the
    urine culture transport device (available from your professional
    services representative) for clean catch urine specimens.
Antimicrobial Susceptibility                                                         01
        ***** S = Susceptible; I = Intermediate; R = Resistant *****
                      P = Positive; N = Negative
          MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 |
|---|---|---|---|---|
| Amoxicillin/Clavulanic Acid | S<=8 | | | |
| Ampicillin | R>=32 | | | |
| Cefepime | S<=4 | | | |
| Ceftriaxone | S<=8 | | | |
| Cefuroxime | S<=4 | | | |
| Cephalothin | S<=2 | | | |
| Ciprofloxacin | S<=0.5 | | | |
| ESBL | N | | | |
| Gentamicin | S<=0.5 | | | |
| Imipenem | S<=4 | | | |
| Levofloxacin | S<=1 | | | |
| Nitrofurantoin | I =64 | | | |
| Piperacillin/Tazobactam | S<=8 | | | |
| Tetracycline | S =2 | | | |
| Tobramycin | S<=0.5 | | | |
| Trimethoprim/Sulfa | S<=10 | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
01 SO    LabCorp San Diego              Dir: Kelli Hanson, MD
         13112 Evening Creek Dr So  Ste 200, San Diego, CA 92128
For inquiries,the physician may contact **Branch: 800-888-1113 Lab: 858-668-3700**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAST PAGE OF REPORT

**FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

HORVATH, SANDRA          ***-**-8197  061-229-3824-0 Seq# 0334 03-05-10 18:11ET

Universal #2   56028161

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4906   PAGE: 017 OF 056

**LabCorp** V 1.37

| Specimen #<br>062-229-4444-0 | Control/Req Numb<br>T6W04387 | 0 | Pg   1 |
|---|---|---|---|

| Fasting<br>N/A | Micro Source | Total Urine Volume | Report Status<br>S /Final |
|---|---|---|---|

Clinical Information
SRC: SOURCE NOT INDICATED

| Date Collected<br>03/03/10 | Time Collected | Date Entered<br>03/04/10 | Date Reported<br>03/05/10 |
|---|---|---|---|

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|

Account
04387800
Samaritan Family Practice                    00

| Patient Name<br>NUZUM, GUY | Sex<br>M | Date of Birth<br>11/23/64 |
|---|---|---|

Patient Address 5659 RUBY DR
         SAN JOSE CA   95124

2460 Samaritan Dr
SAN JOSE CA   95124

Comments

PATN AGE: 045/03/08

408-358-1911
NPI: 1366779977
                                PHY NAME: HAGGERTY,

Tests Requested Beta Strep Gp A Culture; Please note

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Beta Strep Gp A Culture | Negative | | | | 01 |
| Please note | | | | | 01 |

   The date and/or time of collection was not indicated on the
   requisition as required by state and federal law.  The date of
   receipt of the specimen was used as the collection date if not
   supplied.

------------------------------------------------------------
01 SO    LabCorp San Diego              Dir: Kelli Hanson, MD
         13112 Evening Creek Dr So  Ste 200, San Diego, CA 92128
For inquiries,the physician may contact **Branch: 800-888-1113 Lab: 858-668-3700**
------------------------------------------------------------
                     LAST PAGE OF REPORT

**FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

NUZUM, GUY

**062-229-4444-0** Seq# 0335 03-05-10 18:11ET

10/29/2015 3:04 PM  FROM: Fax Microsoft  TO: 1 (650)212-4905    PAGE: 018 OF 056

## LAB RESULTS

NAME: Sandra Horvath     DATE: 3/2/10

MR#_____ PREFORMED BY:_____ AM

**URINALYSIS:**

Leukocytes: Small +        Blood: Neg

Nitrate: Neg               Sp. Gravity: 1.015

Uribilinogen: 0.2 normal   Ketones: neg

Protein: Trace             Bilirubin: Small +

pH: 6.5                    Glucose: neg

**URINE HCG:**

    Negative          Positive

**RAPID SRTEP:**

    Negative          Positive

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905   PAGE: 019 OF 056

| Specimen # | Control/Req Number | | | |
|---|---|---|---|---|
| **287-229-5110-0** | **M1Z043878u0** | Pg  1 | | **LabCorp** V 1.36 |

| Fasting | Micro Source | Total Urine Volume | Report Status | |
|---|---|---|---|---|
| N/A | | | S /Final | Clinical Information<br>SRC: URINE |

Date Collected: 10/14/09   Time Collected:   Date Entered: 10/15/09   Date Reported: 10/17/09

642647
NO Appt.

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|

Account
04387800
Samaritan Family Practice

Patient Name: **HORVATH, SANDRA**   Sex: F   Date of Birth: 07/17/55

2460 Samaritan Dr
SAN JOSE CA  95124

Patient Address: 1627 HUSTED AVE
SAN JOSE CA  95125

408-358-1911

Comments

PATN AGE: 054/02/27

PHY NAME: HUTCHINSO

Tests Requested: Urine Culture, Routine; Please note; MIC Organism #1; Presumptive ID

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Urine Culture, Routine** | | | | | |
| Urine Culture, Routine | Final Report | | | | 01 |
| Result 1 | | | | | 01 |

    Escherichia coli                                                          01
    Greater than 100,000 colony forming units per mL
    This specimen was submitted in a sterile cup which requires
    refrigerated temperatures to maintain the organisms without
    excessive growth in transport. LabCorp recommends the use of the
    urine culture transport device (available from your professional
    services representative) for clean catch urine specimens.

Antimicrobial Susceptibility                                                  01
    ***** S = Susceptible; I = Intermediate; R = Resistant *****
                    P = Positive; N = Negative
        MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 |
|---|---|---|---|---|
| Amoxicillin/Clavulanic Acid | S<=8 | | | |
| Ampicillin | S =2 | | | |
| Cefepime | S<=4 | | | |
| Ceftriaxone | S<=8 | | | |
| Cefuroxime | S<=4 | | | |
| Cephalothin | S =8 | | | |
| Ciprofloxacin | S<=0.5 | pt was only | | |
| ESBL | N | | | |
| Gentamicin | S<=0.5 | | | |
| Imipenem | S<=4 | | | |
| Levofloxacin | S<=1 | | | |
| Nitrofurantoin | S<=32 | | | |
| Piperacillin/Tazobactam | S<=8 | | | |
| Tetracycline | S<=1 | | | |
| Tobramycin | S<=0.5 | | | |
| Trimethoprim/Sulfa | S<=10 | | | |

on file
                                                                             01

Please note
    The date and/or time of collection was not indicated on the
    requisition as required by state and federal law.  The date of
    receipt of the specimen was used as the collection date if not
    supplied.

-----------------------------------------------------------------------------

01 SO    LabCorp San Diego              Dir: Kelli Hanson, MD
         13112 Evening Creek Dr So  Ste 200, San Diego, CA 92128
                              **FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

**HORVATH, SANDRA**                    **287-229-5110-0** Seq# 7947 10-17-09 20:08ET

Universal #2   580281a1

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905   PAGE: 020 OF 056

| Specimen #<br>287-229-5110-0 | Control/Req Number<br>M1Z043878U0 | Pg  2 | **LabCorp** V 1.36 |
| Fasting<br>N/A | Micro Source | Total Urine Volume | Report Status<br>S /Final | Clinical Information<br>SRC: URINE |

| Date Collected<br>10/14/09 | Time Collected | Date Entered<br>10/15/09 | Date Reported<br>10/17/09 |

| Patient ID Number | Patient Phone Number | Patient SSN | Account<br>04387800<br>Samaritan Family Practice          00 |
| Patient Name<br>**HORVATH, SANDRA** | | Sex<br>F | Date of Birth<br>07/17/55 | 2460 Samaritan Dr<br>SAN JOSE CA  95124 |
| Patient Address 1627 HUSTED AVE<br>SAN JOSE CA  95125 | | | 408-358-1911 |
| Comments<br>PATN AGE: 054/02/27 | | | PHY NAME: HUTCHINSO |

Tests Requested Urine Culture, Routine; Please note; MIC Organism #1; Presumptive ID

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |

For inquiries,the physician may contact **Branch: 800-888-1113 Lab: 858-668-3700**

-------------------------------------------------------------------------------

LAST PAGE OF REPORT

**FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings<br>All Rights Reserved

**HORVATH, SANDRA**                    287-229-5110-0 Seq# 7947 10-17-09 20:08ET

Universal #2   580261a1

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905    PAGE: 021 OF 056

LAB RESULTS

NAME: _Sandra Horvath_     DATE: _2/27/09_

MR# _____ PREFORMED BY: _____

**URINALYSIS:**

Leukocytes: _—_      Blood: _—_

Nitrate: _—_      Sp. Gravity: _1.020_

Uribilinogen: _—_      Ketones: _—_

Protein: _—_      Bilirubin: _—_

pH: _5.0_      Glucose: _—_

**URINE HCG:**

    Negative          Positive

**RAPID SRTEP:**

    Negative          Positive

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905 PAGE: 022 OF 056

**LabCorp** V 1.36

| Specimen # | Corr Req Number | | |
|---|---|---|---|
| 040-395-6189-0 | D1Ł 4387800 | Pg 1 | |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| N/A | | | S /Final | SRC: URINE |

642647
Appt. 2/13/09

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 02/09/09 | 12:45 | 02/10/09 | 02/12/09 |

| Patient ID Number | Patient Phone Number | Sex | Date of Birth |
|---|---|---|---|
| | 408-978-3857 | F | 07/17/55 |

Patient SSN: ***-**-8197

**Account**
04387800
Samaritan Family Practice                    00

**Patient Name**
HORVATH, SANDRA

**Patient Address** 1627 HUSTED AVE
SAN JOSE CA 95125

2460 Samaritan Dr
SAN JOSE CA 95124

**Comments**

PATN AGE: 053/06/23

408-358-1911
                              UPIN: Q66034
                              PHY NAME: KUROIWA,

**Tests Requested** Urine Culture, Routine; MIC Organism #1; Presumptive ID

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Urine Culture, Routine** | | | | | |
| Urine Culture, Routine | Final Report | | | | 01 |
| Result 1 | | | | | |
| Escherichia coli | | | | | 01 |

Greater than 100,000 colony forming units per mL
This specimen was submitted in a sterile cup which requires
refrigerated temperatures to maintain the organisms without
excessive growth in transport. LabCorp recommends the use of the
urine culture transport device (available from your professional
services representative) for clean catch urine specimens.

Antimicrobial Susceptibility                                      01
     ***** S = Susceptible; I = Intermediate; R = Resistant *****
                    P = Positive; N = Negative
          MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 |
|---|---|---|---|---|
| Amoxicillin/Clavulanic Acid | S<=8 | | | |
| Ampicillin | S =2 | | | |
| Cefepime | S<=4 | | | |
| Ceftriaxone | S<=8 | | | |
| Cefuroxime | S<=4 | | | |
| Cephalothin | S =8 | | | |
| Ciprofloxacin | S<=0.5 | | | |
| ESBL | N | | | |
| Gentamicin | S<=0.5 | | | |
| Imipenem | S<=4 | | | |
| Levofloxacin | S<=1 | | | |
| Nitrofurantoin | S<=32 | | | |
| Piperacillin/Tazobactam | S<=8 | | | |
| Tetracycline | S =2 | | | |
| Tobramycin | S<=0.5 | | | |
| Trimethoprim/Sulfa | S<=10 | | | |

2/13/09
nun

--------------------------------------------------------------
01 SO    LabCorp San Diego           Dir: Kelli Hanson, MD
         13112 Evening Creek Dr So  Ste 200, San Diego, CA 92128
For inquiries,the physician may contact **Branch: 800-888-1911 Lab: 858-668-3700**
--------------------------------------------------------------

LAST PAGE OF REPORT

**FINAL REPORT**                          © 2007 Laboratory Corporation of America® Holdings
                                                    All Rights Reserved

HORVATH, SANDRA          ***-**-8197  040-395-6189-0 Seq# 3187 02-12-09 17:10ET

Universal #2    S6026Ie1

## LAB RESULTS

NAME: Horvath, Sandra                                    DATE: 2/9/?

MR# 642647          PREFORMED BY: ZB

**URINALYSIS:**

Leukocytes: _Trace_          Blood: _Trace_

Nitrate: _Positive_          Sp. Gravity: _1.020_

Urobilinogen: _0.2_          Ketones: _Trace_

Protein: _Trace_             Bilirubin: _θ_

pH: _65_                     Glucose: _θ_

**URINE HCG:**

    Negative                    Positive

**RAPID SRTEP:**

    Negative                    Positive

Name: Horvath, Sandra    DOB: 07/17/1955

**STANFORD**
UNIVERSITY
MEDICAL CENTER

Stanford University Medical Center
Stanford Hospital and Clinics
**Clinical Laboratories**
300 Pasteur Drive Room H1524
Stanford, CA 94305
Dr. D. Arber & Dr. S. Geaghan
**(877) 717-3733**

Samaritan Family Practice (CS2453)
2460 SAMARITAN DR

SAN JOSE, CA 95124

| PATIENT NAME<br>Horvath, Sandra | PATIENT ID | DOB<br>07/17/1955 | AGE<br>52 Y | SEX<br>F | PATIENT PHONE NUMBER<br>Hm: 408-978- 3857 | |
| --- | --- | --- | --- | --- | --- | --- |
| ORDERING PHYSICIAN<br>REGAN, MARY C | LAB PATIENT ID<br>CS2453-588197 | REQUISITION NUMBER<br>1033530732 | | PRINTED<br>3/5/2008 6:00 PM | | REPORT STATUS<br>FINAL |

| Diagnostic Procedure | Flag | Results | Units | Reference Range | Lab |
| --- | --- | --- | --- | --- | --- |
| ACCESSION NUMBER: M1036106 | | COLLECTED: 03/03/2008 15:15 | | RECEIVED: 03/03/2008 15:28 | |
| **ESR, SEDIMENTATION RATE PANEL** | | | | | |
| SED RATE, WESTERGREN | | <<not reported>> | mm/hr | 0-30 | |
| ESR, AUTOMATED | | 6 | mm/hr | 0-33 | HV |

Performed at Stanford Clinical Laboratory, 3375 Hillview Avenue, Palo
Alto, CA 94304, Dr Dan Arber, Laboratory Director

| **ANTI-NUCLEAR ANTIBODY** | | | | | |
| --- | --- | --- | --- | --- | --- |
| RESULT | | A Positive | | NEG | HV |
| TITER | | 1:160 | | | HV |
| INTERPRETATION | | | | | HV |

This specimen was positive for ANA and displayed a homogeneous
fluorescent pattern of moderate titer. A rheumatic disorder may be
present.
Performed at Stanford Clinical Laboratory, 3375 Hillview Avenue, Palo
Alto, CA 94304, Dr Dan Arber, Laboratory Director

| **RHEUMATOID FACTOR, SERUM** | | | | | |
| --- | --- | --- | --- | --- | --- |
| RHEUMATOID FACTOR, SERUM | | <10 | IU/mL | <20 | HV |

Performed at Stanford Clinical Laboratory, 3375 Hillview Avenue, Palo
Alto, CA 94304, Dr Dan Arber, Laboratory Director

**\*\*\*END OF REPORT\*\*\***

LPCH - Performed at Lucile Packard Children's Hospital Laboratory, 725 Welch Rd., Palo Alto, CA 94304
MML - Performed/referred by Mayo Medical Laboratories, 200 1st St, SW, Rochester, MN 55905
SCL1 - Performed at Stanford Clinical Laboratory, Los Gatos, 15891 Los Gatos-Almaden Rd, Suite 104, Los Gatos, CA, 95030

**Referring Clinician:** &
**Copy To:** &
FLAGS:    LL: below critical    L: below reference    H: above reference    HH: above critical    A: abnormal

Caution:
Out-of-reference range flagging will only occur when a reference range is displayed. The absence of a flag does not necessarily indicate a
normal result. If gender or birth date is unknown, reference range defaults to a male born Jan. 1, 1901.

Reviewed by:

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905    PAGE: 025 OF 056

## LAB RESULTS

NAME: _Sandra Horvath_   DATE: _2|13|06_

MR# _____   PREFORMED BY: _LS MA_

**URINALYSIS:**

Leukocytes: _small_     Blood: _small_

Nitrate: _neg_     Sp. Gravity: _1.015_

Uribilinogen: _neg_     Ketones: _trace_

Protein: _neg_     Bilirubin: _neg_

pH: _5.0_     Glucose: _neg_

**URINE HCG:**

     Negative          Positive

**RAPID SRTEP:**

     Negative          Positive

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905   PAGE: 026 OF 056

642647

Name: Horvath, Sandra   DOB: 07/17/1955

| STANFORD<br>U N I V E R S I T Y<br>MEDICAL CENTER | **Stanford University Medical Center**<br>**Stanford Hospital and Clinics**<br>**Clinical Laboratories**<br>300 Pasteur Drive Room H1524<br>Stanford, CA 94305<br>Dr. R.Sibley & Dr. S. Geaghan<br>**(877) 717-3733** | **Samaritan Family Practice (CS2453)**<br>2460 SAMARITAN DR<br><br>SAN JOSE, CA 95124 |
|---|---|---|

| PATIENT NAME<br>**Horvath, Sandra** | PATIENT ID | DOB<br>07/17/1955 | AGE<br>52 Y | SEX<br>F | PATIENT PHONE NUMBER<br>Hm: 408-421- 5680 | |
|---|---|---|---|---|---|---|
| ORDERING PHYSICIAN<br>**REGAN, MARY C** | LAB PATIENT ID<br>**CS2453-586897** | REQUISITION NUMBER<br>1029504147 | PRINTED<br>**1/1/2008 12:00 AM** | | REPORT STATUS<br>FINAL | |

| Diagnostic Procedure | Flag | Results | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| ACCESSION NUMBER: M954114 | | COLLECTED: 12/31/2007 10:30 | | RECEIVED: 12/31/2007 13:04 | |
| **CBC** | | | | | |
| WBC | | 6.8 | K/uL | 4.0-11.0 | HV |
| RBC | | 4.50 | MIL/uL | 3.80-5.20 | HV |
| HEMOGLOBIN | | 14.2 | g/dL | 11.7-15.7 | HV |
| HEMATOCRIT | | 41.2 | % | 35.0-47.0 | HV |
| MCV | | 91.5 | fL | 82.0-98.0 | HV |
| MCH | | 31.5 | pg | 27.0-34.0 | HV |
| MCHC | | 34.4 | g/dL | 32.0-36.0 | HV |
| RDW | | 13.1 | % | 11.5-14.5 | HV |
| PLATELET COUNT | | 296 | K/uL | 150-400 | HV |

Performed at Stanford Clinical Laboratory, 3375 Hillview Avenue, Palo Alto, CA 94304, Dr Richard Sibley, Laboratory Director

| **LIPID PANEL W/ DIRECT LDL** | | | | | |
|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | H 266 | | mg/dL | <200 | HV |
| TRIGLYCERIDE | H 155 | | mg/dL | <150 | HV |
| HDL CHOLESTEROL | | 62 | mg/dL | >40 | HV |
| LDL CHOLESTEROL | H 170 | | mg/dL | <130 | HV |

Patients with coronary heart disease or diabetes should target <100 mg/dl (or lower) as desirable level.

| CHOLESTEROL/HDL RATIO | | 4.3 | ratio | <5 | HV |
|---|---|---|---|---|---|
| NON-HDL CHOLESTEROL, CALC | H 204 | | mg/dL | <160 | HV |

Performed at Stanford Clinical Laboratory, 3375 Hillview Avenue, Palo Alto, CA 94304, Dr Richard Sibley, Laboratory Director

| **METABOLIC PANEL, COMPREHENSIVE** | | | | | |
|---|---|---|---|---|---|
| SODIUM, SER/PLAS | | 138 | mmol/L | 135-145 | HV |
| POTASSIUM, SER/PLAS | | 4.0 | mmol/L | 3.5-5.5 | HV |
| CHLORIDE, SER/PLAS | | 105 | mmol/L | 96-109 | HV |
| CO2, SER/PLAS | | 25 | mmol/L | 20-30 | HV |
| ANION GAP | | 8 | mmol/L | 5-15 | HV |
| GLUCOSE, SER/PLAS | | 96 | mg/dL | 70-100 | HV |
| CREATININE, SER/PLAS | | 0.6 | mg/dL | <1.2 | HV |
| EGFR | | <<not reported>> | mL/min/m2 | >60 | HV |
| UREA NITROGEN,SER/PLAS | | 15 | mg/dL | 5-25 | HV |

FLAGS:   LL: below critical   L: below reference   H: above reference   HH: above critical   A: abnormal

Caution:
Out-of-reference range flagging will only occur when a reference range is displayed. The absence of a flag does not necessarily indicate a normal result. If gender or birth date is unknown, reference range defaults to a male born Jan. 1, 1901.

Name: Horvath, Sandra   DOB: 07/17/1955

| STANFORD UNIVERSITY MEDICAL CENTER | Stanford University Medical Center<br>Stanford Hospital and Clinics<br>Clinical Laboratories<br>300 Pasteur Drive Room H1524<br>Stanford, CA 94305<br>Dr. R.Sibley & Dr. S. Geaghan<br>**(877) 717-3733** | Samaritan Family Practice (CS2453)<br>2460 SAMARITAN DR<br><br>SAN JOSE, CA 95124 |
|---|---|---|

| PATIENT NAME<br>**Horvath, Sandra** | PATIENT ID | DOB<br>07/17/1955 | AGE<br>52 Y | SEX<br>F | PATIENT PHONE NUMBER<br>Hm: 408-421- 5680 | |
|---|---|---|---|---|---|---|
| ORDERING PHYSICIAN<br>**REGAN, MARY C** | LAB PATIENT ID<br>**CS2453-586897** | REQUISITION NUMBER<br>1029504147 | | PRINTED<br>**1/1/2008 12:00 AM** | | REPORT STATUS<br>FINAL |

| Test | Value | | Units | Reference | Flag |
|---|---|---|---|---|---|
| CALCIUM, SER/PLAS | 9.3 | | mg/dL | 8.5-10.5 | HV |
| PROTEIN, TOTAL, SER/PLAS | 7.2 | | g/dL | 6.0-9.0 | HV |
| ALBUMIN, SER/PLAS | 4.4 | | g/dL | 3.5-5.0 | HV |
| TOTAL BILIRUBIN | <0.5 | | mg/dL | <1.4 | HV |
| Alk P'tase,Total,Ser/Plas | 69 | | U/L | <130 | HV |
| AST (SGOT), SER/PLAS | 37 | | U/L | <40 | HV |
| ALT (SGPT), SER/PLAS | H 69 | | U/L | <60 | HV |
| GLOBULIN | 2.8 | | g/dL | 2.0-5.0 | HV |

Performed at Stanford Clinical Laboratory, 3375 Hillview Avenue, Palo
Alto, CA 94304, Dr Richard Sibley, Laboratory Director

**TSH**

| TSH | 1.21 | | uIU/mL | 0.40-4.0 | HV |
|---|---|---|---|---|---|

Performed at Stanford Clinical Laboratory, 3375 Hillview Avenue, Palo
Alto, CA 94304, Dr Richard Sibley, Laboratory Director

**URINALYSIS WITH MICROSCOPIC**

| Test | Value | | Units | Reference | Flag |
|---|---|---|---|---|---|
| SPECIMEN | Random | | | | |
| COLOR | Yellow | | | | HV |
| CLARITY | Clear | | | | HV |
| SPECIFIC GRAVITY | 1.022 | | | 1.001-1.035 | HV |
| GLUCOSE | Negative | | | NEG | HV |
| KETONE | Negative | | | NEG | HV |
| BLOOD | Negative | | | NEG | HV |
| PH | 7.0 | | | 5.0-8.0 | HV |
| PROTEIN | Negative | | | NEG | HV |
| NITRITE | Negative | | | NEG | HV |
| LEUK ESTERASE | Negative | | | NEG | HV |
| RBC, URINE | 0-3 | | /HPF | UOT3 | HV |
| WBC, URINE | 0-2 | | /HPF | UOT2 | HV |

Performed at Stanford Clinical Laboratory, 3375 Hillview Avenue, Palo
Alto, CA 94304, Dr Richard Sibley, Laboratory Director

| HYALINE CASTS | 0-3 | | /LPF | UOT3 | HV |
|---|---|---|---|---|---|

FLAGS:   LL: below critical   L: below reference   H: above reference   HH: above critical   A: abnormal

Caution:
Out-of-reference range flagging will only occur when a reference range is displayed. The absence of a flag does not necessarily indicate a
normal result. If gender or birth date is unknown, reference range defaults to a male born Jan. 1, 1901.

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905   PAGE: 028 OF 056

Name: Horvath, Sandra   DOB: 07/17/1955

# STANFORD
UNIVERSITY
MEDICAL CENTER

**Stanford University Medical Center**
**Stanford Hospital and Clinics**
**Clinical Laboratories**
300 Pasteur Drive Room H1524
Stanford, CA 94305
Dr. R.Sibley & Dr. S. Geaghan
**(877) 717-3733**

**Samaritan Family Practice (CS2453)**
2460 SAMARITAN DR

SAN JOSE, CA 95124

| PATIENT NAME | PATIENT ID | DOB | AGE | SEX | PATIENT PHONE NUMBER |
|---|---|---|---|---|---|
| **Horvath, Sandra** | | 07/17/1955 | 52 Y | F | Hm: 408-421- 5680 |

| ORDERING PHYSICIAN | LAB PATIENT ID | REQUISITION NUMBER | PRINTED | REPORT STATUS |
|---|---|---|---|---|
| **REGAN, MARY C** | **CS2453-586897** | 1029504147 | **1/1/2008 12:00 AM** | FINAL |

BACTERIA                                                                    NOBACT  HV

       No significant amount of bacteria detected. Correlation with
       microbiology culture as indicated.
       The presence of bacteria may represent either infection or
       contamination. Institutional contamination rates range from 14% to 39%,
       depending on the patient population.

SQUAMOUS CELLS          Occasional                                          HV

### ***END OF REPORT***

LPCH - Performed at Lucile Packard Children's Hospital Laboratory, 725 Welch Rd., Palo Alto, CA 94304
MML - Performed/referred by Mayo Medical Laboratories, 200 1st St, SW, Rochester, MN 55905
SCL1 - Performed at Stanford Clinical Laboratory, Los Gatos, 15891 Los Gatos-Almaden Rd, Suite 104, Los Gatos, CA, 95030

**Referring Clinician:** &
**Copy To:** &
FLAGS:   LL: below critical   L: below reference   H: above reference   HH: above critical   A: abnormal

Caution:
Out-of-reference range flagging will only occur when a reference range is displayed. The absence of a flag does not necessarily indicate a
normal result. If gender or birth date is unknown, reference range defaults to a male born Jan. 1, 1901.

*Reviewed by:*

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 6/2-11 | Patient: Sandra Horvath | | | | Provider: TK | |
|---|---|---|---|---|---|---|
| Wt. 166 | Ht. | T | P 76 | R 12 | BP 130/86 | Age 55 |

**CC:** ① Sliced Pinkey finger last PM ② Shoulder pain for 9 mo

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

**Allergies:** Sulfa

**Current Medications:** Levothyroxine 175   Vivelle Dot 0.03 Patch
Simvastatin 40  Benicar 20  Cymbalta 60

**MA Signature:** _____

| Soc HX: | ☐ TOB ___ PK ___ YRS | ☐ ETOH | ☐ IDU | ☐ Exercise | ☐ STD Risk |
|---|---|---|---|---|---|

**Fam HX:**

**Past HX:**

S.  Cut ® 5th digit while quilting last night
    sliced off part of nail and tip of skin on finger
    Needs work excuse.  Is RN, washing hands
    frequently.
    Believes Td up to date · will √ @ work

O:  gen: WDWN 55 y/o in NAD
    Derm: ® 5th digit ⊕ avulsion of nail and tip of
    finger  skin raw  weeping ⊕ very sm
    area of
    avulsion   from finger  sensation intact

A:  Laceration wound
P:  keep wound clean,  F/u if concerns
    Note for work
    pt to F/u due for Td booster.

**GEN**
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
**HEENT**
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
**NECK**
( ) Swelling
( ) Pain
( ) Stiffness
**RESPIRATORY**
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
**CV**
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
**GYN**
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
**GU**
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
**GI**
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain

location
( ) Bleeding
**MS**
( ) Backache
( ) Joint pain
( ) Stiffness
**NEURO**
( ) Seizures
( ) B/E control
( ) Tremor
( ) Paresthesia
**PSYCH**
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Provider Signature:**

10/29/2015 3:04 PM  FROM: Fax Microsoft  TO: 1 (660)212-4905  PAGE: 030 OF 056

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: | Patient: | | | | Provider: |
|---|---|---|---|---|---|
| Wt. | Ht. | T 98.2 | P 72 | R | B Age |

**CC:** Rash on stomache x today, has burning sensation.

**Allergies:** Sulfa

**Current Medications:** Levothyroxine 175mcg vivelle dot
simvastatin 40mg tabs 0.0375
Benicar 20mg Tid patch
Cymbalta 60mg

**MA Signature:**

**Soc HX:** ☐ TOB __PK __YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

**Fam HX:**

**Past HX:**                                   Patient needs form to fill out

S: Rx Dispol & vivelle dot not on formulary
doesn't want to switch to vaginal cream.
vivelle dot working, been on for years. ⊕ Hx of
UTI's in past don't want to ↑ chance c vag. supp

② Rash on abd under breast x 1 d
burning sensation under ® breast
was in hot tub night before, old swimsuit worn

O: Gen: alert 55 yo F in NAD
Derm: fine erythematous rash under
breasts ® o vesicles o puowess Odc

A: Dermatitis + probably due to Hot tub/Swimsuit

P: Rx TAC 0.1% cream gi-tid
Supportive Tx pm
pt recssmnd RID if employ a nursery's
RTO pm otherwise

**Provider Signature:**

Petitioner's Exhibit 14 - Page 26

**ROS (+) or (-)**

Mod (1), Mult (2-9)
High (10+) systems

**GEN**
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
**HEENT**
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
**NECK**
( ) Swelling
( ) Pain
( ) Stiffness
**RESPIRATORY**
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
**CV**
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
**GYN**
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
**GU**
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
**GI**
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
          location
( ) Bleeding
**MS**
( ) Backache
( ) Joint pain
( ) Stiffness
**NEURO**
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
**PSYCH**
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 3/17/11 | Patient: Horvath, Sandra | | | | Provider: TK |
|---|---|---|---|---|---|

| Wt. 172 | Ht. | T 98.1 | P 76 | R 18 | BP 138/78 | Age 55 |
|---|---|---|---|---|---|---|

**CC:** Rx Refill for new Ins.
(R) Foot pain  (B) Shoulder Pain

**Allergies:** Sulfa

**Current Medications:** Levothyroxine 175mcg 1 T QD  Vivelle Dot
dry pool soln.   Simvastatin 40mg 1 T QHS  0.075mg
Benicar 20mg 1 T QD  Patch
**MA Signature:** nulla  Cymbalta 60mg 1C QD

**Soc HX:** ☐ TOB ___ PK ___ YRS  ☐ ETOH  ☐ IDU  ☐ Exercise  ☐ STD Risk

**Fam HX:**

**Past HX:**

S: ① New insurance - Valley Health Plan
   ② Needs new scripts of medications taking/using
   ② Needs referral for PT again, didn't go/last referral expired
      palpitations resolved c̄ d/c of Sudafed, hasn't taken
      Atenolol  Takes OTC Zyrtec for allergies
   ③ (R) foot 3rd toe curved and pressing on great toe - painful
      podiatrist in past said surgery needed, gotten worse since
      then.

O: Gen: woman 55 y/o ♀ in NAD
   deferred exam

A: (R) foot pain / (B) shoulder strain / HTN / hyperlipidemia.
   ❦  Hypothyroidism / HRT / Neuropathy
P: referral to podiatry for eval / Tx
   referral for PT , supportive Tx prn S/S , avoid
   aggravating factors pn
   Refilled Rx: Levothyroxine 175mcg QD, Simvastatin 40mg QD;
               Benicar 20mg QD; Cymbalta 60 mg QD;
               Vivelle Dot 0.075 mg 2x/wk, Dry pool soln. QHS
   RTO prn sooner if concerns.

**Provider Signature:**

Petitioner's Exhibit 14 - Page 27

| ROS (+) or (-) |
|---|
| Mod (1+), Mult (2-9)<br>High (10+) systems |

GEN
) Wt. change
) Weakness
) Fatigue
) Fever/Chills
HEENT
) HA
) Vision change
) Hearing loss
) Vertigo
) Ear Pain
) Rhinorrhea
) Obstruction
) Sore throat
NECK
) Swelling
) Pain
) Stiffness
RESPIRATORY
) Cough
) SOB
) Wheezing
) Hemoptysis
) Chest pain
) Palpitations
) Orthopnea
) Edema
) Claudication
) Syncope
GYN
) Dysmenorrhea
) Dyspareunia
) Discharge
) Breast pain/mass
GU
) Dysuria
) Frequency
) Urgency
) Incontinence
) Nocturia
GI
) N/V/D
) Constipation
) Jaundice
) Abdominal pain
                location
) Bleeding
MS
) Backache
) Joint pain
) Stiffness
NEURO
) Seizures
) B/B control
) Tremor
) Paresthesia
PSYCH
) Mood change
) Depression
) Suicidal thoughts
) Anxiety
) DV

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 1/20/16 | Patient: Horvath, Sandra | | | | | Provider: R |
|---|---|---|---|---|---|---|
| Wt. 177 | Ht. | T 98.6 | P 76 | R 16 | BP 136/82 | Age 55 |

**CC:**

_evaluate thyroid_

**Allergies:** sulfa

**Current Medications:** _[handwritten]_
Benicar 20mg ½ pd
cymbalta 60mg ½ pd
Norvelle dot 70 mg pd
levothyroxine .075 mg ½ pd

**MA Signature:** _____

**Soc HX:** ☐ TOB ___ PK ___ YRS  ☐ ETOH  ☐ IDU  ☐ Exercise  ☐ STD Risk

**Fam HX:**

**Past HX:**  cell # 421-5680

S. fatigued x 1 > mo
① cold Sx at onset of fatigue, resolved after 7-10d
chronic tired w/ ↑ exercise / school pressure
BP↑ w/ exercise & HA _[illegible]_ cough
② menopausal symptoms wants thyroid checked
② ② shoulder pain - trouble lifting arm x 2-3mo
trouble sleeping on ② side c̄ known injury
_[illegible]_ PT

O. Gen: woman 53 yo? in NAD
HEENT: Thin clin ② Praxil eythema pharynx w/e
Neck: supple FROM adenopathy NT tace ② thy w/o sinus
Chest: CTAB)
②: RRR

A: fatigue / ② shoulder strain

P: Labs: CBC Chem TSH FT4 iron _[illegible]_ levels
Rx: Flexeril ½ aggravated w/ssml qd
referred to PT continue ROM/stretching
RTC prn sooner if concerns or worsening s/s

**Provider Signature:**

Petitioner's Exhibit 14 - Page 28

**ROS (+) or (-)**

Mod (1), Mult (2-9)
High (10+) systems

**GEN**
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
**HEENT**
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
**NECK**
( ) Swelling
( ) Pain
( ) Stiffness
**RESPIRATORY**
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
**CV**
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
**GYN**
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
**GU**
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
**GI**
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
_____ location
( ) Bleeding
**MS**
( ) Backache
( ) Joint pain
( ) Stiffness
**NEURO**
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
**PSYCH**
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 5/11/10 | Patient: Sandra Horvath | | | | Provider: JH | |
|---|---|---|---|---|---|---|
| Wt. 173 | Ht. | T 98.8 | P 88 | R 22 | BP 78/90 | Age 54 |

CC: F/U meds

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

Allergies: Sulfa

Current Medications: Benicar, Vivelle, cymbalta,
Levothyroxine.

MA Signature: MM                          no periods

Soc HX: ☑ TOB ___ PK ___ YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

Fam HX:

Past HX:

c/o hot flashes, sweaty, intolerable.
ready to stop smoking                    colonoscopy
wants to get off cymbalta. Used          female ✓
if for back pain which has now
resolved

Thyroid nml.
RRR ∅

A/P. menopausal symptoms
discussed ↑ Risk of MI + stroke + uterine CA Breast
CA. Pt knows not to take HRT if continues
to smoke. must stop today

Colonoscopy referral - Dr Spencer.
PE WB.
✓ BH.
atenolol 25mg. for palpitations
100 Cerbron Scan detal
hotflashes/sweats premprò 3mg/5 poda.l
Dr Col can m ___

Provider Signature:

### Right column (ROS checklist):
GEN: ) Wt. change ) Weakness ) Fatigue ) Fever/Chills
HEENT: ) HA ) Vision change ) Hearing loss ) Vertigo ) Ear Pain ) Rhinorrhea ) Obstruction ) Sore throat
NECK: ) Swelling ) Pain ) Stiffness
RESPIRATORY: ) Cough ) SOB ) Wheezing ) Hemoptysis
CV: ) Chest pain ) Palpitations ) Orthopnea ) Edema ) Claudication ) Syncope
GYN: ) Dysmenorrhea ) Dyspareunia ) Discharge ) Breast pain/mass
GU: ) Dysuria ) Frequency ) Urgency ) Incontinence ) Nocturia
GI: ) N/V/D ) Constipation ) Jaundice ) Abdominal pain ____location ) Bleeding
MS: ) Backache ) Joint pain ) Stiffness
NEURO: ) Seizures ) B/B control ) Tremor ) Paresthesia
PSYCH: ) Mood change ) Depression ) Suicidal thoughts ) Anxiety ) DV

Petitioner's Exhibit 14 - Page 29

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 3-12-10 | Patient: SANDA Oervath | Provider: H |
|---|---|---|

| Wt. 147 | Ht. | T 98.6 | P 76 | R | BP 110/60 | Age 54 |
|---|---|---|---|---|---|---|

**CC:** Rev urine

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

**Allergies:** Sulfa

**Current Medications:** Benicar 80    Vivelle Dot .075
Cymbalta 60    Levothyroxine .075

**MA Signature:** S. Anderson

**Soc HX:** ☐ TOB ___ PK ☐ YRS  ☐ ETOH  ☐ IDU  ☐ Exercise  ☐ STD Risk

**Fam HX:**

**Past HX:**

Back pain but had a recent fall 3 days ago.
muscles tightening, the back injury,
no weakness/numbness.

muscular T lower back  no spasm T
⊖ CVAT.
no supra pubic T.

urine dip  ? ⊕ rbc.  trace prot.

ATP.  UTI likely resolved.
UC.
no abx.
muscle spasm., stretch, motrin.
lumbar, cont walking

| | GEN |
|---|---|
| | ) Wt. change |
| | ) Weakness |
| | ) Fatigue |
| | ) Fever/Chills |
| | **HEENT** |
| | ) HA |
| | ) Vision change |
| | ) Hearing loss |
| | ) Vertigo |
| | ) Ear Pain |
| | ) Rhinorrhea |
| | ) Obstruction |
| | ) Sore throat |
| | **NECK** |
| | ) Swelling |
| | ) Pain |
| | ) Stiffness |
| | **RESPIRATORY** |
| | ) Cough |
| | ) SOB |
| | ) Wheezing |
| | ) Hemoptysis |
| | **CV** |
| | ) Chest pain |
| | ) Palpitations |
| | ) Orthopnea |
| | ) Edema |
| | ) Claudication |
| | ) Syncope |
| | **GYN** |
| | ) Dysmenorrhea |
| | ) Dyspareunia |
| | ) Discharge |
| | ) Breast pain/mass |
| | **GU** |
| | ) Dysuria |
| | ) Frequency |
| | ) Urgency |
| | ) Incontinence |
| | ) Nocturia |
| | **GI** |
| | ) N/V/D |
| | ) Constipation |
| | ) Jaundice |
| | ) Abdominal pain |
| | location |
| | ) Bleeding |
| | **MS** |
| | ) Backache |
| | ) Joint pain |
| | ) Stiffness |
| | **NEURO** |
| | ) Seizures |
| | ) B/B control |
| | ) Tremor |
| | ) Paresthesia |
| | **PSYCH** |
| | ) Mood change |
| | ) Depression |
| | ) Suicidal thoughts |
| | ) Anxiety |
| | ) DV |

**Provider Signature:**

10/29/2015 3:04 PM  FROM: Fax Microsoft  TO: 1 (650)212-4905  PAGE: 035 OF 056

**Samaritan Family Practice Medical Inc.**
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 5-11-10 | Patient: Sandra Horvath | Provider: JH |
|---|---|---|

| Wt. 173 | Ht. | T 98.8 | P 88 | R 22 | BP 138/90 | Age 54 |
|---|---|---|---|---|---|---|

CC: F/u Meds

Allergies: Sulfa

Current Medications: Benicar, Vivelle, cymbalta, Levothyroxine.

MA Signature: PM        no periods

Soc HX: ☑ TOB __ PK __ YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

Fam HX:

Past HX:

c/o hotflashes. Slightly intolerable
ready to stop smoking.          Colonoscopy
Wants to get off cymbalta. Used      female ☐
it for back pain which has now
resolved

Thyroid nml.
RRR ∅

A/P. Menopausal symptoms
discussed + risk of MI + Stroke + uterine CA, Breast
CA. Pt knows not to take HRT if continues
to smoke. Must stop today.

Colonoscopy Referral – Dr Spancer.
PE WB.
✓ BH.
atenolol 25mg. for palpitations
Discussion on detail
Hotflashes/sweats   Prempro .3mg/1.5 podally
Brysolcan try

Petitioner's Exhibit 14 - Page 31

Provider Signature:

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

GEN
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
HEENT
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
NECK
( ) Swelling
( ) Pain
( ) Stiffness
RESPIRATORY
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
CV
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
GYN
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
GU
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
GI
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
      location
( ) Bleeding
MS
( ) Backache
( ) Joint pain
( ) Stiffness
NEURO
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
PSYCH
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

## Samaritan Family Practice Medical Inc.

2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 3-12-10 | Patient: SANDRA Oorvath | Provider: H |
|---|---|---|

| Wt. 173 | Ht. | T 98.6 | P 76 | R 12 | BP 110/60 | Age 54 |
|---|---|---|---|---|---|---|

**CC:** Rev√ Urine

**ROS (+) or (-)**

Mod (1), Mult (2-9)
High (10+) systems

**Allergies:** Sulfa

**Current Medications:** Benicar 80    Vivelle Dot .075
Cymbalta 60         Levothyroxine .075

**MA Signature:** S. Anderson

**Soc HX:** ☐ TOB ☐ PK ☐ YRS  ☐ ETOH  ☐ IDU  ☐ Exercise  ☐ STD Risk

**Fam HX:**

**Past HX:**

Back pain but had a recent fall 3 days ago.
muscles tightening the back injury.
no wkness/numbness.

muscular T lower back  no spinal T
⊙ CVAT.
no supra pub T.

urine dip ? ⊕ hb. trace prot.

ATP.  UTI likely resolved.
UC.
no abx.
muscle spasm, stretch, warm.
lumbar, cont welbut

| | | GEN |
|---|---|---|
| | | ( ) Wt. change |
| | | ( ) Weakness |
| | | ( ) Fatigue |
| | | ( ) Fever/Chills |
| | | HEENT |
| | | ( ) HA |
| | | ( ) Vision change |
| | | ( ) Hearing loss |
| | | ( ) Vertigo |
| | | ( ) Ear Pain |
| | | ( ) Rhinorrhea |
| | | ( ) Obstruction |
| | | ( ) Sore throat |
| | | NECK |
| | | ( ) Swelling |
| | | ( ) Pain |
| | | ( ) Stiffness |
| | | RESPIRATORY |
| | | ( ) Cough |
| | | ( ) SOB |
| | | ( ) Wheezing |
| | | ( ) Hemoptysis |
| | | CV |
| | | ( ) Chest pain |
| | | ( ) Palpitations |
| | | ( ) Orthopnea |
| | | ( ) Edema |
| | | ( ) Claudication |
| | | ( ) Syncope |
| | | GYN |
| | | ( ) Dysmenorrhea |
| | | ( ) Dyspareunia |
| | | ( ) Discharge |
| | | ( ) Breast pain/mass |
| | | GU |
| | | ( ) Dysuria |
| | | ( ) Frequency |
| | | ( ) Urgency |
| | | ( ) Incontinence |
| | | ( ) Nocturia |
| | | GI |
| | | ( ) N/V/D |
| | | ( ) Constipation |
| | | ( ) Jaundice |
| | | ( ) Abdominal pain |
| | | ____location |
| | | ( ) Bleeding |
| | | MS |
| | | ( ) Backache |
| | | ( ) Joint pain |
| | | ( ) Stiffness |
| | | NEURO |
| | | ( ) Seizures |
| | | ( ) B/B control |
| | | ( ) Tremor |
| | | ( ) Paresthesia |
| | | PSYCH |
| | | ( ) Mood change |
| | | ( ) Depression |
| | | ( ) Suicidal thoughts |
| | | ( ) Anxiety |
| | | ( ) DV |

**Provider Signature:**

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905   PAGE: 037 OF 056

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 3/2/10 | Patient: Sandra Horvath | Provider: SH |
|---|---|---|

| Wt. 173 | Ht. | T 98.8 | P 78 | R 16 | BP 145/100 | Age 54 |
|---|---|---|---|---|---|---|

**CC:** Pt c/o urine spells, frequently urinating, back pain ~~headache~~ x 3 wks.

**ROS (+) or (-)**

Mod (1), Mult (2-9)
High (10+) systems

**Allergies:** Sulfa

**Current Medications:** Vivelle, Benicar, Symbalta, LVO).

**MA Signature:** AM

| Soc HX: | ☐ TOB ___PK___YRS | ☐ ETOH | ☐ IDU | ☐ Exercise | ☐ STD Risk |
|---|---|---|---|---|---|

**Fam HX:**

**Past HX:**

frequency, smell & fever ⊕ backpain
ounced after intercourse lat 2 times

A/O ⊖ distress                    citesore above
RRR                                        leg
CTA ⃝B
⊕ BS Suprapubic T. ⊕ CVAT.
                                            UO ⊕

A/P UTI
Cipro 500mg BID x 7d.
Vicodin ⊕ 25 for pain).
UC.
macrobid 100mg. after intercourse. #15
                              for prn reinpn.
Herpes simplex
acyclovir 400 TID x 5d.

**GEN**
( ) Wt. change
( ) Weakness
( ) Fatigue
(•) Fever/Chills
**HEENT**
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
**NECK**
( ) Swelling
( ) Pain
( ) Stiffness
**RESPIRATORY**
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
**CV**
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
**GYN**
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
**GU**
( ) Dysuria
(•) Frequency
(•) Urgency
( ) Incontinence
( ) Nocturia
**GI**
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
        location
( ) Bleeding
**MS**
(•) Backache
( ) Joint pain
( ) Stiffness
**NEURO**
( ) Seizures
( ) B/B control
( ) Tumor
( ) Paresthesia
**PSYCH**
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Pr…'t r Signatur…**

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4906   PAGE: 038 OF 056

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| 11/20/09 | Patient: | Horvath Sandra | | | Provider: | MR |
|---|---|---|---|---|---|---|

| 178 | Ht. | T 99.0 | P 76 | R 14 | BP 118/76 | Age 54 |

C: Sore throat, ear (R) pain, x 3 days.

moti 2 hrs ago

**Allergies:** Sulfa.

**Current Medications:** Vivelle Dot .075   Benicar. 20mg.
Cymbalta 60mg. Livo 175 mcg.

**MA Signature:**

**Soc HX:** ☐ TOB __PK __YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

**Fam HX:**

**Past HX:**

S) 1 wk ago developed body aches, fever
resolved c u 3-4 d,
3 d ago developed sinus pain
c d/c, ST, hoarseness.
cough.   Request Vicodin for sleep
54 yo ♀ NAD  low-grade temp
Heent (B) Tms cl.  nasal cong,
O/P c post-nasal drip
Neck Supple LAD
Lg Good air movement (TABB)

A) URI / pharyngitis
P) Zpack
Vicodin prn pain

MR

**ROS (+) or (-)**

Mod (1), Mult (2-9)
High (10+) systems

GEN
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
HEENT
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
NECK
( ) Swelling
( ) Pain
( ) Stiffness
RESPIRATORY
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
CV
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
GYN
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
GU
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
GI
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
_____ location
( ) Bleeding
MS
( ) Backache
( ) Joint pain
( ) Stiffness
NEURO
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
PSYCH
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Provider Signature:**

10/29/2015 3:04 PM  FROM: Fax Microsoft  TO: 1 (650)212-4905   PAGE: 039 OF 056

## Samaritan Family Practice
### 2460 Samaritan Dr. San Jose, CA 95124

### Information and Consent of Flu Vaccine

The FLU (influenza) is a respiratory infection caused by viruses. When people get the flu they may experience fever, chills, headaches, dry cough, or muscle aches. This may last several days or weeks, and complete recovery is usual. However, complications may lead to pneumonia and death in some people.

This vaccine is made from viruses selected by the Bureau of Biologics, Food and Drug Administration, and Public Health Services. The inoculation of antigen prepared from inactivated influenza virus stimulates the production of specific antibodies. Protection is afforded only against those strains. The degree of protection afforded by immunization may not be sufficient to prevent the disease if the exposure to the influenza virus is overwhelming or if the virus strains are not closely related antigenically to those used in the vaccine.

***Because influenza vaccine contains only noninfectious viruses, it cannot cause influenza. Respiratory disease after vaccination represents coincidental illness unrelated to influenza vaccination.***

***Risks and Possible Side Effects:*** Most people will have no harmful side effects from the vaccine. Some will have soreness at the injection site for a few days. Some will have fever, chills tiredness, or muscle aches. These reactions begin 6-12 hours after vaccination and can persist for several days. However, as with the administration of any vaccine or drug, there is always the possibility of more severe side effects, and in rare cases, even death. A number of people who received subsequent vaccines, which have been prepared from other virus strains, have not been clearly associated with an increase frequency of Guillain-Barre's Syndrome.

***Special Precautions:*** Pregnant women should receive the advice from their attending OB-GYN physician before receiving the vaccine.

### Contraindications: THIS VACCINE SHOULD NOT BE ADMINISTERED TO PERSONS WITH:
1) Allergies to eggs, or egg products
2) Past history of Guillain-Barre Syndrome
3) Allergy to any components to this vaccine (may contain Formalin, Thimerosal, and Sulphites)
4) History of febrile convulsions.

If you experience a severe reaction lasting more than 48 hours, see a physician. *Please ask if you have any questions.*

### CONSENT

I have read the above information and have had the opportunity to ask questions. I understand the benefits and risks of the vaccination. I request the vaccine be given to me or to the person named below for whom I have authorization to sign.

Patient Name: _Andy Harinth_     Date of Birth: _7-17-1955_

Signature of person to receive vaccine or Parent / Guardian: _Andy Harinth_

Date: _10-14-09_     Name of Physician: _Dr Chaudhary_

*Manufacturer:*

GlaxoSmithKline
Influenza Virus Vaccine Fluarix     _0.5mL_     Dosage: R /(L) Arm     Site:
2009-2010 Formula
Lot # AFLUA458AA Expiration Date: 05/31/10     Administered by: _____     Date: _10/14/09_

**Samaritan Family Practice Medical Inc.**

2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 10 14 09 | Patient: HorVath, Sandra | | | | Provider: TK |
|---|---|---|---|---|---|

| Wt. 174 | Ht. | T 98.7 | P 72 | R 16 | BP 120/60 | Age 54 |

CC: Possible UTI

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

Allergies: sulfa

Current Medications: Viverin D+ 0675 tab, Lisid 175 mg tab,
Banital 20 m tab, Cymbalta 60 mg tab,

MA Signature:

Soc HX: ☐ TOB __PK __YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

Fam HX:

Past HX:

S: urine change in odor x/wk
⊕ frequency ⊕ urgency ⊘ dysuria
⊘ abd pain ⊕ fever ⊘ chills ⊘ back pain
⊘ N/ ⊘ HA
⊕ allergies nasal congestion

O: Gen: WD/WN thyp-in NAD
HEENT: nml
Neck: supple FROM NT adenopathy
Chest: CTAB
CV: RRR
Abd: Soft NT ⊘ CVA tp ⊘ guarding
UA: Sm WBC hem trau ⊘ nitrate sg grav 1.010 pH 5.0
and uniblii Trau protein ⊘ ketone /bili /glucose

A: Questionable UTI / Allergic Rhinitis
P: Urine sent for cx
Rx: Cipro 500 mg po BID x 5d
Rx: Flonase ns 2 spray/nostril qd
RTV pm soon if ⊕ improvement v worsening sx.
Seasonal influenza vaccine in office today

| Provider Signature: |

GEN
) Wt. change
) Weakness
) Fatigue
) Fever/Chills
HEENT
) HA
) Vision change
) Hearing loss
) Vertigo
) Ear Pain
) Rhinorrhea
) Obstruction
) Sore throat
NECK
) Swelling
) Pain
) Stiffness
RESPIRATORY
) Cough
) SOB
) Wheezing
) Hemoptysis
CV
) Chest pain
) Palpitations
) Orthopnea
) Edema
) Claudication
) Syncope
GYN
) Dysmenorrhea
) Dyspareunia
) Discharge
) Breast pain/mass
GU
) Dysuria
) Frequency
) Urgency
) Incontinence
) Nocturia
GI
) N/V/D
) Constipation
) Jaundice
) Abdominal pain
____location
) Bleeding
MS
) Backache
) Joint pain
) Stiffness
NEURO
) Seizures
) B/B control
) Tremor
) Paresthesia
PSYCH
) Mood change
) Depression
) Suicidal thoughts
) Anxiety
) DV

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 9/22/09 | Patient: Horvath, Sandra | | | | Provider: TK | |
|---|---|---|---|---|---|---|
| Wt. 173 | Ht. | T 98.4 | P 80 | R 16 | BP 132/80 | Age 54 |

**CC:** Fell and Injured back and neck

**Allergies:** Sulfa

**Current Medications:** ViVelle Dot 0.075 ;d, ii'vo 175 mcg ;d, Benicar 20mg Tzd, Cymbalta 60mg ;d,

**MA Signature:** SB

**Soc HX:** ☐ TOB __PK__YRS  ☐ ETOH  ☐ IDU  ☐ Exercise  ☐ STD Risk

**Fam HX:**

**Past HX:**

S: Slip and fell in Las Vegas Hotel (lobby) 09/18/09 — ⊖ ER visit
landed on Ⓡ hip / Ⓡ elbow-arm
Now having stiff neck and lower back with
slight numbness in arm/legs. ⊖ weakness
TX: ice/heat   ⊕ OTC IBP/injury 2001

O: Gen: WDWN 54 yo f in NAD  pt standing
Musculo/Neuro: PERRL  consurtact  supple neck
⊖ palp deformity FROM  ⊖ tlp C/T/L spine
⊕ right SCm/Trap muscles Ⓑ R7L
⊕ tight paraspinous muscles Ⓑ T/Lumbar region
Strength 5/5  UE/LE  ⊖ palp deformity
OTR⊕ 2+ UE/LE  and gait  ⊖ straight leg Ⓑ

A: Gstrain / Lstrain

P: Supportive Tx m ys; Rest/Ice/heat /ROM/Stretching exercises
Rx: Ibuprofen 800 ue T po TID m pain
Flexeril 10mg i/i T po qhs prn to TID m pain
Referral to Cast PT for eval/Tx
RTO prn; sooner if S/S persist or worsen

**Provider Signature:** TK

| ROS (+) or (-) |
|---|
| Mod (1), Mult (2-9) High (10+) systems |
| **GEN** |
| ( ) Wt. change |
| ( ) Weakness |
| ( ) Fatigue |
| ( ) Fever/Chills |
| **HEENT** |
| ( ) HA |
| ( ) Vision change |
| ( ) Hearing loss |
| ( ) Vertigo |
| ( ) Ear Pain |
| ( ) Rhinorrhea |
| ( ) Obstruction |
| ( ) Sore throat |
| **NECK** |
| ( ) Swelling |
| ( ) Pain |
| ( ) Stiffness |
| **RESPIRATORY** |
| ( ) Cough |
| ( ) SOB |
| ( ) Wheezing |
| ( ) Hemoptysis |
| **CV** |
| ( ) Chest pain |
| ( ) Palpitations |
| ( ) Orthopnea |
| ( ) Edema |
| ( ) Claudication |
| ( ) Syncope |
| **GYN** |
| ( ) Dysmenorhea |
| ( ) Dyspareunia |
| ( ) Discharge |
| ( ) Breast pain/mass |
| **GU** |
| ( ) Dysuria |
| ( ) Frequency |
| ( ) Urgency |
| ( ) Incontinence |
| ( ) Nocturia |
| **GI** |
| ( ) N/V/D |
| ( ) Constipation |
| ( ) Jaundice |
| ( ) Abdominal pain |
| location |
| ( ) Bleeding |
| **MS** |
| ( ) Backache |
| ( ) Joint pain |
| ( ) Stiffness |
| **NEURO** |
| ( ) Seizures |
| ( ) B/B control |
| ( ) Tremor |
| ( ) Paresthesia |
| **PSYCH** |
| ( ) Mood change |
| ( ) Depression |
| ( ) Suicidal thoughts |
| ( ) Anxiety |
| ( ) DV |

10/29/2015 3:04 PM FROM: Fax Microsoft TO: 1 (650)212-4905   PAGE: 042 OF 056

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 1/14/09 | Patient: Horvath Sandra | Provider: TC |
|---|---|---|

| Wt. | Ht. | T | P | R | BP | Age: 57 |
|---|---|---|---|---|---|---|

**CC:**

**ROS (+) or (-)**

Mod (1), Mult (2-9)
High (10+) systems

**Allergies:**

**Current Medications:**

**MA Signature:**

| Soc HX: ☐ TOB ___PK___YRS | ☐ ETOH | ☐ IDU | ☐ Exercise | ☐ STD Risk |
|---|---|---|---|---|

**Fam HX:**

**Past HX:**

**GEN**
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
**HEENT**
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
**NECK**
( ) Swelling
( ) Pain
( ) Stiffness
**RESPIRATORY**
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
**CV**
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
**GYN**
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
**GU**
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
**GI**
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
_____location
( ) Bleeding
**MS**
( ) Backache
( ) Joint pain
( ) Stiffness
**NEURO**
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
**PSYCH**
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Provider Signature:**

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 5/7/09 | Patient: Horvath, Sondra | | | | Provider: MR | |
|---|---|---|---|---|---|---|
| Wt. 168 | Ht. | T 98.1 | P 80 | R /4 | BP 120/82 | Age 53 |

**CC:** B.P. check

**Allergies:** Sulfa

**Current Medications:**
Vivelle Dot 0.075 ~1d, Livo. 175 mcg ~1d,
Benicar 20mg ~1d, Simvastatin 40mg ~1d
Cymbalta 60mg ~1d

**MA Signature:** ~ S

**Soc HX:** ☐ TOB __PK__YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

**Fam HX:**

**Past HX:**

EKG 1/08

S) Fatigue, labile BP
c̄ last 2 wks.

Δ'd from Lipitor 10
to Zocor 40 c̄ 1/08
Hasn't rechecked LFT

C/o rapid HR + ↑ BP while
at work - works ī
trauma unit @ VMC - V. busy, physical
⊖ N/V/D, ⊖ radiating pain
⊖ Hot flashes + feels hot all the time
Gyne ↑dose vivelle but still hot.

O) 53yo ♀ NAD Vitals WNL
Heent WNL
Neck Supple ⊖ JVD     BPrev 118/78
Lg ⊖ (TOB)
CV RRR ⊖ - ⊖ ectopy

HI:
CAD - dad 1/45
Thal - sisters (1 ē stent)
HTN - sisters, mom.

A) Labile BP          Menopause
#/o hyperlipidemia

P) ✓ chol, LFTs
F/u c̄ Dr Casey - needs treadmill given
symptoms + ↑ HR
F/u c̄ Dr Gould.

GEN
) Wt. change
) Weakness
) Fatigue
) Fever/Chills
HEENT
) HA
) Vision change
) Hearing loss
) Vertigo
) Ear Pain
) Rhinorrhea
) Obstruction
) Sore throat
NECK
) Swelling
) Pain
) Stiffness
RESPIRATORY
) Cough
) SOB
) Wheezing
) Hemoptysis
CV
) Chest pain
) Palpitations
) Orthopnea
) Edema
) Claudication
) Syncope
GYN
) Dysmenorrhea
) Dyspareunia
) Discharge
) Breast pain/mass
GU
) Dysuria
) Frequency
) Urgency
) Incontinence
) Nocturia
GI
) N/V/D
) Constipation
) Jaundice
) Abdominal pain
   location
) Bleeding
MS
) Backache
) Joint pain
) Stiffness
NEURO
) Seizures
) B/B control
) Tremor
) Paresthesia
PSYCH
) Mood change
) Depression
) Suicidal thoughts
) Anxiety
) DV

**Provider Signature:** MRe

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 2/07/09 | Patient: Sandra Horvate | | | | Provider: MK |
|---|---|---|---|---|---|

| Wt. | Ht. | T 98.8 | P 80 | R 16 | BP 24/84 | Age 53 |
|---|---|---|---|---|---|---|

**CC:** Flu or Kidding inf - Low Back pain Continues

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

**Allergies:** Sulfa

**Current Medications:** Zocor 40mg + gd   ASA 81mg + gd
Synthroid .175mg + gd, vivelle dot
Cymbalta 30mg + gd

**MA Signature:** _[signature]_

**Soc HX:** ☐ TOB __PK __YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

**Fam HX:**

**Past HX:**

1) S/P cipro 2/3/09 for UTI
   -dysuria
   Has LBP - on w/c. using Cymbalta
3) 30mg x sev yrs - "lifesaver"
   Wondering if she needs to ↑ dose.
2) NAD   Ugly WM
A/P) UTI resolved
   H/o LBP. ↑ Cymbalta to 3mg BID

ROS systems (right column):
GEN
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
HEENT
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
NECK
( ) Swelling
( ) Pain
( ) Stiffness
RESPIRATORY
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
CV
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
GYN
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
GU
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
GI
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
        location
( ) Bleeding
MS
( ) Backache
( ) Joint pain
( ) Stiffness
NEURO
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
PSYCH
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Provider Signature:**

# Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 2/13/09 | Patient: Horvath, Sandra | Provider: MR |
|---|---|---|

| Wt. 172 | Ht. | T 98.1 | P 72 | R 14 | BP 140/80 | Age 53 |
|---|---|---|---|---|---|---|

**CC:** FU on kidney inf.

**Allergies:** Sulfa

**Current Medications:** Zocor 40mg 1ed Cipro 500mg BID
BSA 8mg 1ed
Viveledot 175mcg
Cymbalta 3amg

**MA Signature:** 2D

Soc HX: ☐ TOB __ PK __ YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

**Fam HX:**

**Past HX:**

③ Day 4/10 of Cipro. ⊖ fever.
Still has back pain. Never had
dysuria, but had taken Cystex.
② BM⊖ NPO afu
ml+cent:
Back ⊖ CVA tenderness
Abd BS x 4, soft ⊕ tender ℞ mid-
abd ⊖ guarding / rebound.

Ⓐ UTI
Ⓟ Rocephin 1gm IM
finish Cipro
7/u 2/23/09, sooner if worse
for rest of cure

MR

(2D) Rocephin 1gm (Im) Lt glut. time 2:30pm

**Provider Signature:** lot # 155834 exp. 4/20/10

10/30/2015 11:17 AM FROM: Fax   TO: 1 (650)212-4905   PAGE: 003 OF 013

| ROS (+) or (-) |
|---|
| Mod (1), Mult (2-9) High (10+) systems |
| **GEN** |
| ) Wt. change |
| ) Weakness |
| ) Fatigue |
| ) Fever / Chills |
| **HEENT** |
| ) HA |
| ) Vision change |
| ) Hearing loss |
| ) Vertigo |
| ) Ear Pain |
| ) Rhinorrhea |
| ) Obstruction |
| ) Sore throat |
| **NECK** |
| ) Swelling |
| ) Pain |
| ) Stiffness |
| **RESPIRATORY** |
| ) Cough |
| ) SOB |
| ) Wheezing |
| ) Hemoptysis |
| **CV** |
| ) Chest pain |
| ) Palpitations |
| ) Orthopnea |
| ) Edema |
| ) Claudication |
| ) Syncope |
| **GYN** |
| ) Dysmenorrhea |
| ) Dyspareunia |
| ) Discharge |
| ) Breast pain / mass |
| **JU** |
| ) Dysuria |
| ) Frequency |
| ) Urgency |
| ) Incontinence |
| ) Nocturia |
| **GI** |
| ) N/V/D |
| ) Constipation |
| ) Jaundice |
| ) Abdominal pain |
| location |
| ) Bleeding |
| **MS** |
| ) Backache |
| ) Joint pain |
| ) Stiffness |
| **NEURO** |
| ) Seizures |
| ) B/B control |
| ) Tremor |
| ) Paresthesia |
| **PSYCH** |
| ) Mood change |
| ) Depression |
| ) Suicidal thoughts |
| ) Anxiety |
| ) DV |

# Samaritan Family Practice Medical Inc.

2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 2/9/9 | Patient: Horvath, Sandra | | | | | Provider: TK |
|---|---|---|---|---|---|---|
| Wt. 172 | Ht. | T 99.9 | P 72 | R 14 | BP 130/80 | Age 53 |

**CC:**
mild burning while urinatin and
frequent urination

| | ROS (+) or (-) |
|---|---|
| | Mod (1), Mult (2-9) High (10+) systems |

**Allergies:** sulfa

| | GEN |
|---|---|
| | ( ) Wt. change |

**Current Medications:**
Zocor 40mg tab
ASA 8mg tab
Vi Velro.dot 175 mcg
Cymbalta 30mg

**MA Signature:** ZB

**Soc HX:** ☐ TOB __PK__ YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

**Fam HX:**

**Past HX:**

S: dysuria x 2wk — mild discomfort
   Back pain x 52   ⊖F/ ⊖chills ⊖N/ ⊖V/
   ⊖abd. pains
   Hysterectomy @ 46 yo   ⊖menses   ⊖vaginal d/c ⊖pain

O: Gen: WD WN 53 yo f in NAD
   Abd: ⊕ U/A Hp L⊃R   soft ND NT ⊖guarding
   ⊖rigidity
   U/A: trace WBC   trace RBC ⊕nitrate sp grav. 1.020 pH 6.5
        neu urobl. trace protein trace ketone ⊕bili ⊖glucose

A: Dysuria —probable UTI, questionable Pyelo
P: urine sent for cx
   Rx: Cipro 500 mg po BID x 10d
   Supportive Tx prn S/s ↑fluids rest Tylenol/advil
   RTC prn sooner if worsening or worry S/s

**ROS checklist (right column):**

Mod (1), Mult (2-9)
High (10+) systems

GEN
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
HEENT
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
NECK
( ) Swelling
( ) Pain
( ) Stiffness
RESPIRATORY
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
CV
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
GYN
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
GU
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
GI
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
_____location
( ) Bleeding
MS
( ) Backache
( ) Joint pain
( ) Stiffness
NEURO
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
PSYCH
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Provider Signature:**

# Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 5/1/08 | Patient: Sandra Horvath | Provider: MR |
|---|---|---|

| Wt. 169 | Ht. | T 98.6 | P 72 | R 14 | BP 138/88 | Age 52 |

**CC:** BP ✓

Allergies: Sulfa

Current Medications:
Zocor 40 mg 1 gd
ASA 81 mg
Vivelle dot .175 mcg
Cymbalta 30 mg

MA Signature:

Soc HX: ☐ TOB __PK__YRS  ☐ ETOH  ☐ IDU  ☐ Exercise  ☐ STD Risk

Fam HX:

Past HX:

S) BP @ work elevated
~ 140's/90's
O) BP rev ✓ 142/88
A) HTN
D) Start accupril 20mg QD
rev 1 mo

(circled) ✓ Zocor dose
remind to ✓ lipids

MR (signature)

5/2/08 Sending labs slip for pt
Saw rheum — dx ē OA      MR

Provider Signature:

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

GEN
) Wt change
) Weakness
) Fatigue
) Fever/Chills
HEENT
) HA
) Vision change
) Hearing loss
) Vertigo
) Ear Pain
) Rhinorrhea
) Obstruction
) Sore throat
NECK
) Swelling
) Pain
) Stiffness
RESPIRATORY
) Cough
) SOB
) Wheezing
) Hemoptysis
CV
) Chest pain
) Palpitations
) Orthopnea
) Edema
) Claudication
) Syncope
GYN
) Dysmenorrhea
) Dyspareunia
) Discharge
) Breast pain/mass
GU
) Dysuria
) Frequency
) Urgency
) Incontinence
) Nocturia
GI
) N/V/D
) Constipation
) Jaundice
) Abdominal pain

location
) Bleeding
MS
) Backache
) Joint pain
) Stiffness
NEURO
) Seizures
) B/B control
) Tremor
) Paresthesia
PSYCH
) Mood change
) Depression
) Suicidal thoughts
) Anxiety
) DV

10/30/2015 11:17 AM  FROM: Fax  TO: 1 (650)212-4905  PAGE: 005 OF 013

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

Date: _____ Patient: Sandra Horvath   Provider: MP

Wt. 170   Ht. 68.1   P 72   R 10   BP 120/80   Age 52

CC: F/U from last visit.

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

Allergies: Sulfa

Current Medications: Zocor 10mg Tad   ASA Tad
Vivelle dot .075mg
Cymbalta 60mg

MA Signature: LSVAA

calcium
multi vit

Soc HX: ☐ TOB ___ PK ___ YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☐ STD Risk

Fam HX:

Past HX:

S) head + ear congest persists "can't
shake this cold"
2) NAD afer
Heent B tms c effus
B nasal cong
throat z post-nasal drip
Neck Supple, NAD
h/o CHT
Sinu tender B max

A) Sinusitis

P) Augmentin 875mg BID x 10

MWS

| GEN |
| --- |
| ( ) Wt. change |
| ( ) Weakness |
| ( ) Fatigue |
| ( ) Fever/Chills |

| HEENT |
| --- |
| ( ) HA |
| ( ) Vision change |
| ( ) Hearing loss |
| ( ) Vertigo |
| ( ) Ear Pain |
| ( ) Rhinorrhea |
| ( ) Obstruction |
| ( ) Sore throat |

| NECK |
| --- |
| ( ) Swelling |
| ( ) Pain |
| ( ) Stiffness |

| RESPIRATORY |
| --- |
| ( ) Cough |
| ( ) SOB |
| ( ) Wheezing |
| ( ) Hemoptysis |

| CV |
| --- |
| ( ) Chest pain |
| ( ) Palpitations |
| ( ) Orthopnea |
| ( ) Edema |
| ( ) Claudication |
| ( ) Syncope |

| GYN |
| --- |
| ( ) Dysmenorrhea |
| ( ) Dyspareunia |
| ( ) Discharge |
| ( ) Breast pain/mass |

| GU |
| --- |
| ( ) Dysuria |
| ( ) Frequency |
| ( ) Urgency |
| ( ) Incontinence |
| ( ) Nocturia |

| GI |
| --- |
| ( ) N/V/D |
| ( ) Constipation |
| ( ) Jaundice |
| ( ) Abdominal pain |
| location |
| ( ) Bleeding |

| MS |
| --- |
| ( ) Backache |
| ( ) Joint pain |
| ( ) Stiffness |

| NEURO |
| --- |
| ( ) Seizures |
| ( ) B/B control |
| ( ) Tremor |
| ( ) Paresthesia |

| PSYCH |
| --- |
| ( ) Mood change |
| ( ) Depression |
| ( ) Suicidal thoughts |
| ( ) Anxiety |
| ( ) DV |

Provider Signature:

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 3·30·8 | Patient: SANDIA OBZYATH | | | | | | Provider: MR |
|---|---|---|---|---|---|---|---|

| Wt. 170 | Ht. | T 99.3 | P 80 | R 16 | BP 130/80 | Age 52 |
|---|---|---|---|---|---|---|

CC: Head i chest cong for 3d

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

Allergies: Sulfa

Current Medications: Zecer 10 Vivelle Dot .175 mcg
Cymbalta 30mg

MA Signature: _____

| Soc HX: | ☐ TOB ___ PPD ___ YRS | ☐ ETOH | ☐ IDU | ☐ Exercise | ☐ STD Risk |
|---|---|---|---|---|---|

Fam HX:

Past HX:

S) ① missed last sw days d/t, cold/flu.
needs work note.
② Hu č neck xray. Sees chiro but seems
to be making worse. Pain on/off turning
to Ⓡ side. Stopped sming b/c made
worse.
③ C/o 1 mo achy fingers/thumbs Ⓑ.
? Sjt smell. ( FH RA → grandma
S) XRAYS: ↓ space b/w 3rd + 4th verteba.
Loss of upper curvature
mild DJD
Heart: unremark except nasal cong.
hp (TM8)
A) ① URI
② Cerv pain
③ Hand pain
D) ① Saline nasal spray
② To PT → Cerv. Wait for radiology rpt
③ √ ANA, RA

MR

GEN
 ) Wt. change
 ) Weakness
 ) Fatigue
 ) Fever/Chills
HEENT
 ) HA
 ) Vision change
 ) Hearing loss
 ) Vertigo
 ) Ear Pain
 ) Rhinorrhea
 ) Obstruction
 ) Sore throat
NECK
 ) Swelling
 ) Pain
 ) Stiffness
RESPIRATORY
 ) Cough
 ) SOB
 ) Wheezing
 ) Hemoptysis
CV
 ) Chest pain
 ) Palpitations
 ) Orthopnea
 ) Edema
 ) Claudication
 ) Syncope
GYN
 ) Dysmenorrhea
 ) Dyspareunia
 ) Discharge
 ) Breast pain/mass
GU
 ) Dysuria
 ) Frequency
 ) Urgency
 ) Incontinence
 ) Nocturia
GI
 ) N/V/D
 ) Constipation
 ) Jaundice
 ) Abdominal pain
    Location
 ) Bleeding
MS
 ) Backache
 ) Joint pain
 ) Stiffness
NEURO
 ) Seizures
 ) B/B control
 ) Tremor
 ) Paresthesia
PSYCH
 ) Mood change
 ) Depression
 ) Suicidal thoughts
 ) Anxiety
 ) DV

Provider Signature:

## Samaritan Family Practice Medical Inc.
2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 2/3/05 | Patient: Sandra Hancho | Provider: MP |
|---|---|---|
| Wt. 172 | Ht. | T 98.0 | P 72 | R 16 | BP 120/90 | Age 32 |

**CC:** had burning, painful urination ~~and me~~ low back pain, x2½-3 wks comes, goes.

**Allergies:** Sulfa

**Current Medications:** zocor 10mg iad
Vivelle dot
Thyroid .175 mg iad
cymbalta 30 mg iad

**MA Signature:** LS MA

**Soc HX:** ☐ TOB __PK__YRS   ☐ ETOH   ☐ IDU   ☐ Exercise   ☑ STD Risk

**Fam HX:**

**Past HX:**

S) cutoff LBP + dysuria, scanty output
Got better ? diuretic use of H2O
⊖ UTIs x many yr
O) u dip    sml WBCs
           sml RBCs

A/P   UTI
Cipro 250mg bid x 7d.

MP (signature)

| ROS (+) or (-) |
|---|
| Mod (1), Mult (2-9) High (10+) systems |
| **GEN** |
| ( ) Wt. change |
| ( ) Weakness |
| ( ) Fatigue |
| ( ) Fever/Chills |
| **HEENT** |
| ( ) HA |
| ( ) Vision change |
| ( ) Hearing loss |
| ( ) Vertigo |
| ( ) Ear Pain |
| ( ) Rhinorrhea |
| ( ) Obstruction |
| ( ) Sore throat |
| **NECK** |
| ( ) Swelling |
| ( ) Pain |
| ( ) Stiffness |
| **RESPIRATORY** |
| ( ) Cough |
| ( ) SOB |
| ( ) Wheezing |
| ( ) Hemoptysis |
| **CV** |
| ( ) Chest pain |
| ( ) Palpitations |
| ( ) Orthopnea |
| ( ) Edema |
| ( ) Claudication |
| ( ) Syncope |
| **GYN** |
| ( ) Dysmenorrhea |
| ( ) Dyspareunia |
| ( ) Discharge |
| ( ) Breast pain/mass |
| **GU** |
| ( ) Dysuria |
| ( ) Frequency |
| ( ) Urgency |
| ( ) Incontinence |
| ( ) Nocturia |
| **GI** |
| ( ) N/V/D |
| ( ) Constipation |
| ( ) Jaundice |
| ( ) Abdominal pain |
| _____ location |
| ( ) Bleeding |
| **MS** |
| ( ) Backache |
| ( ) Joint pain |
| ( ) Stiffness |
| **NEURO** |
| ( ) Seizures |
| ( ) B/B control |
| ( ) Tremor |
| ( ) Paresthesia |
| **PSYCH** |
| ( ) Mood change |
| ( ) Depression |
| ( ) Suicidal thoughts |
| ( ) Anxiety |
| ( ) DV |

**Provider Signature:**

10/30/2015 11:17 AM FROM: Fax    TO: 1 (650)212-4905    PAGE: 008 OF 013

**Samaritan Family Practice Medical Group Inc.**
2460 Samaritan Dr. CA 95124 Phone (408) 358-1911 Fax (408) 358-3430
History and Physical

| Date: 1/11/08 | Patient: Sandra Horvate | | | | Provider: MR |
|---|---|---|---|---|---|
| Wt. 172 | Ht. 5'4 | T 98.6 | P 72 | R 16 | BP 122/82 | Age 52 |

| CC: CPE 5 pap | ROS (+) or (-) |
|---|---|

Allergies: Sulfa

Current Medications: Lipitor 10mg tab hs        Vivelle dot
Thyroid meds 175 mg/qd
Cymbalta 30 mg/qd     MA Signature: _____

Mod (1), Mult (2-9)
High (10+) systems

HPI: Gyne Susan Gronld      Daikup neck pain
Recent mammo.     feels like it's catching.
Sees chiro.

LMP hysterectomy      ⊖ colonoscopy      Tdap     MMR

Fam HX: CAD - dad (72) 2 sisters   HTN - sister   Hashimotos - sister

Soc HX: ⊘ TOB ___ PK ___ YRS   ⊘ ETOH daily ☐   IDU   ⊘ Exercise ☐   ☐ STD Risk
    occas               work?

Past HX: last seen cards 10 yr.

| NL | Exam |
|---|---|
| ☑ Skin | |
| ☑ HEENT | |
| ☐ Neck | Mild crep-tus Ⓛ side. tender along Ⓑ transverse processes |
| ☑ Lungs | |
| ☑ Heart | |
| ☐ Breasts | — Deferred to gyne |
| ☑ Abd. | |
| ☐ Ext. Genitalia/Vagina/Discharge | |
| ☐ Cervix/Uterus/Adnexae: ☐ Pap done | |
| ☐ Rectal | |
| ☑ Musculoskeletal | |
| ☑ Neuro/Mental Status | |

Lab: TChol 146   AST/ALT 37/49
    TG 155
    HDL 62   GLC 96
    LDL 170

Diagnosis: H/lipids / FH CAD      EKG WNL
Slt abn ALT
neck pain

Plan: Δ to Zocor 40mg / to cards for eval
Rev 3 mos.
XRAY / PT

Provider Signature: _____

GEN
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
HEENT
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
NECK
( ) Swelling
( ) Pain
( ) Stiffness
RESPIRATORY
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
CV
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
GYN
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
GU
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
GI
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
location
( ) Bleeding
MS
( ) Backache
( ) Joint pain
( ) Stiffness
NEURO
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
PSYCH
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Samaritan Family Practice Medical Group Inc.**
2460 Samaritan Dr. CA 95124 Phone (408) 358-1911 Fax (408) 358-3430
History and Physical

| Date: | | Patient: | | | | | Provider: | |
|---|---|---|---|---|---|---|---|---|
| **Wt.** | **Ht.** | **T** | **P** | **R** | | **BP** | **Age** | |

| CC: | ROS (+) or (-) |
|---|---|

**Allergies:**

Mod (1), Mult (2-9)
High (10+) systems

**Current Medications:**

MA Signature:

GEN
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/Chills

**HPI:**

HEENT
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat

**LMP**                    **Tdap**        **MMR**

**Fam HX:**

NECK
( ) Swelling
( ) Pain
( ) Stiffness

**Soc HX:** ☐ TOB ___PK ___YRS ☐ ETOH ☐ IDU ☐ Exercise ☐ STD Risk

**Past HX:**

RESPIRATORY
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis

| NL | Exam | CV |
|---|---|---|
| ☐ | Skin | ( ) Chest pain<br>( ) Palpitations |
| ☐ | HEENT | ( ) Orthopnea<br>( ) Edema |
| ☐ | Neck | ( ) Claudication<br>( ) Syncope |
| ☐ | Lungs | GYN<br>( ) Dysmenorrhea |
| ☐ | Heart | ( ) Dyspareunia<br>( ) Discharge |
| ☐ | Breasts | ( ) Breast pain/mass |
| ☐ | Abd. | GU<br>( ) Dysuria |
| ☐ | Ext. Genitalia/Vagina/Discharge | ( ) Frequency<br>( ) Urgency |
| ☐ | Cervix/Uterus/Adnexae: ☐ Pap done | ( ) Incontinence<br>( ) Nocturia |
| ☐ | Rectal | GI<br>( ) N/V/D |
| ☐ | Musculoskeletal | ( ) Constipation<br>( ) Jaundice |
| ☐ | Neuro/Mental Status | ( ) Abdominal pain |

**Lab:**

location
( ) Bleeding

MS
( ) Backache
( ) Joint pain
( ) Stiffness

**Diagnosis:**

NEURO
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia

**Plan:**

PSYCH
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Provider Signature:**

Petitioner's Exhibit 14 - Page 48

## Samaritan Family Practice Medical Inc.

2460 Samaritan Dr. San Jose, CA 95124 Phone (408) 358-1911 Fax (408) 358-3430

| Date: 11/21/07 | Patient: Sandra Horvath | Provider: MR |
|---|---|---|

| Wt. 175 | Ht. | T 98.6 | P 70 | R 14 | BP 140/88 | Age 52 |
|---|---|---|---|---|---|---|

**CC:**
① Shoulder pain                                    ®

**Allergies:** Sulfa

**Current Medications:**
Lipitor
Synthroid          Multi-vit.
Cymbalta
ASA

**MA Signature:** SH

Soc HX: ☐ TOB ___PK ___ YRS  ☐ ETOH  ☐ IDU  ☐ Exercise  ☐ STD Risk

**Fam HX:**

**Past HX:**

③ c/o 2-3 months ① shoulder pain
not getting better despite chiro treatment,
upper body strengthing ↑, antiinflam.
swim 2-4 x wk ○
① numbness c fingers
② NWD

① shoulder ② deformity
⊖ tender anteriorly overlying biceps
tendon.
FROM ↑ 5/5 SAR, good grip strength
A) Biceps tendonitis
P) To Dr Gold for likely inject

MR

**ROS (+) or (-)**
Mod (1), Mult (2-9)
High (10+) systems

**GEN**
( ) Wt change
( ) Weakness
( ) Fatigue
( ) Fever/Chills
**HEENT**
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear Pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
**NECK**
( ) Swelling
( ) Pain
( ) Stiffness
**RESPIRATORY**
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
**CV**
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
**GYN**
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
**GU**
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
**GI**
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
_____location
( ) Bleeding
**MS**
( ) Backache
( ) Joint pain
( ) Stiffness
**NEURO**
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
**PSYCH**
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety
( ) DV

**Provider Signature:**

10/30/2015 11:17 AM FROM: Fax TO: 1 (650)212-4905 PAGE: 011 OF 013

**Samaritan Family Practice Medical Group Inc.**
2460 Samaritan Dr. San Jose, CA 95124   Phone (408) 358-1911   Fax (408) 358-3430

| Date: 10/9/06 | Patient: Sandra Horvath | | | | Provider: MR |
|---|---|---|---|---|---|
| Wt. 175 | Ht. | T 98.1 | P 68 | R 16 | BP 134/82 | Age 51 |

CC: 51 y/o ♀ wants to get TSH ✓

ROS (+) or (-)

Mod (1), Mult (2-9)
High (10+) systems

Allergies: Sulfa

Current Medications: Levothyroxine 175 mcg qd
Lipitor qd          Estroven patch
Zoloft 50 mg qd     vitamins
ASA 81 mg qd        Aleve prn

MA Signature: Rosela. M.A.

S) ① Torn L4, L5, S1 s catering pt. 2001.
Idep procedure done L4 L5. Other mult.
procedure.
Pain under control ī Zoloft, aspirin
aleve. Zoloft makes her pain wt. anxiety
else. NSAIDs give stomach pain + ...
② H/o ✓ thyroid. Needs ✓. She smells
O) NAD.                                      blood —
⊖ thyromegaly                            stool. Hem—
A) H/o hypothyroid                         hemoccult test
Chronic back pain                          negative
P) ① ✓ TSH, T4
② Δ to Cymbalta 30mg qd. D/c Zoloft.
start Cymbalta next day.
③ Cont. Ibuprofen
④ Trial Aciphex. F/u ī Dr ...

MR

GEN
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/chills
SKIN
( ) Pruritus
( ) Rash
HEENT
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
NECK
( ) Swelling
( ) Pain
( ) Stiffness
RESPIRATORY
(✓) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
CV
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
GYN.
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
GU
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
GI
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
_____location
( ) Bleeding
MS
( ) Backache
( ) Joint pain
( ) Stiffness
NEURO
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
PSYCH
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety

Provider Signature:

10/30/2015 11:17 AM FROM: Fax TO: 1 (660)212-4905   PAGE: 012 OF 013

**ADULT SOAP NOTE**

| | | | | | |
|---|---|---|---|---|---|
| Date: 2/27/00 | Patient: Sandra Horvath | | | | Provider: ME |
| Wt. 170 | Ht. | T 98.4 | P 72 | R 16 | BP 116/76 | Age 50 |

CC: both eyes are red and crusting x 11 days.

Allergies: Sulfa

Meds: Synthroid .125 mg
Lipitor __ mg
Zoloft 50 mg
Naperson prn
Estroven

Nursing signature: Laura S - MA

HPI: Mod (1-3), Mult (4+), High (4+); PE: Mod (2-4), Mult (5-7), High (8+)

**SOAP note:**

S) New patient
C/o 10 days red eyes,
irritated c discharge.
⊕ photophobia.

O) NAD afeb
Heent: (B) eyes c injected conjunctivae
c d/c. mildly swollen upr + lower
lids     ⊕ preauricular LAD
⊖ nasal cong, throat cl.
Neck ⊖ LAD
   LS: clear
A) Conjunctivitis
P) Vigamox 1 gtt tid x 7d

                    MLE

ROS (+) or (-)
Mod (1), Mult (2-9),
High (10+) systems

GEN
( ) Wt. change
( ) Weakness
( ) Fatigue
( ) Fever/chills
SKIN
( ) Pruritis
( ) Rash
HEENT
( ) HA
( ) Vision change
( ) Hearing loss
( ) Vertigo
( ) Ear pain
( ) Rhinorrhea
( ) Obstruction
( ) Sore throat
NECK
( ) Swelling
( ) Pain
( ) Stiffness
RESPIRATORY
( ) Cough
( ) SOB
( ) Wheezing
( ) Hemoptysis
CV
( ) Chest pain
( ) Palpitations
( ) Orthopnea
( ) Edema
( ) Claudication
( ) Syncope
GYNE
( ) Dysmenorrhea
( ) Dyspareunia
( ) Discharge
( ) Breast pain/mass
GU
( ) Dysuria
( ) Frequency
( ) Urgency
( ) Incontinence
( ) Nocturia
GI
( ) N/V/D
( ) Constipation
( ) Jaundice
( ) Abdominal pain
_____location
( ) Bleeding
MS
( ) Backache
( ) Joint pain
( ) Stiffness
NEURO
( ) Seizures
( ) B/B control
( ) Tremor
( ) Paresthesia
PSYCH
( ) Mood change
( ) Depression
( ) Suicidal thoughts
( ) Anxiety

| FOLLOW UP VISIT | | PATIENT EDUCATION |
|---|---|---|
| Days:      Weeks:      Months: | | Asthma |
| Instructed as to critical need to follow plan | | Cholesterol |
| Instructed to call if problem persists | | Diabetes |
| **LABS ORDERED** | | Diet/Nutrition |
| | | Exercise |
| | | Hypertension |
| **PROCEDURES** | | Inhaler Instructions |
| Breathing treatment (albuterol, ipratropium) | | Medications |
| Spirometry | | STD's |
| XRAY | | Substance Abuse/Tobacco Cessation |
| Other | | Education Materials Given |
| **NURSING NOTES** | | |