IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS
Filed: February 6, 2016

| | |
|---|---|
| SANDRA E. HORVATH, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 1:15-vv-00260-UNJ |
| | ) |
| v. | ) Special Master: Laura D. Millman |
| | ) |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Respondent. | ) |

## Status Report

**Medical Records:**

Petitioner's counsel has been unable to obtain any other pre-vaccination medical records other than what has been filed already. Exhibit 20 comprises recent records from Petitioner's visits at Kaiser Permanente.

**VAERS report**:

Petitioner's counsel is still waiting for a response from the FDA regarding Petitioner's VAERS report. Petitioner's counsel spoke with Beth Ryan at the FDA in early January and a request was resubmitted to her by fax. Petitioner's counsel respectfully requests Special Master Millman to grant subpoena power directed at the FDA to request the VAERS report allegedly submitted by Dr. Tsai on Petitioner's behalf.

Respectfully submitted.

Marvin Firestone MD, JD & Associates
1700 South El Camino Real, Suite 204
San Mateo, CA 94402
Telephone: (650) 212-4900
Fax:  (650) 212-4905
Email:  michael@lawmdjd.com

By: s/ Michael A. Firestone
Michael A. Firestone, MBA, JD
Counsel of Record for Petitioner
Sandra Horvath