# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

No. 15-260V

Filed: February 9, 2016

*************************************
| | |
|---|---|
| SANDRA E. HORVATH, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * |
| | * |
| SECRETARY OF HEALTH | * |
| AND HUMAN SERVICES, | * |
| | * |
| Respondent. | * |
| | * |

*************************************

## ORDER

On February 6, 2016, petitioner filed a status report. In her status report, petitioner states she has been unable to obtain a response from the U.S. Food and Drug Administration regarding petitioner's VAERS report.

Petitioner's counsel is hereby authorized to issue a subpoena requiring the custodian of records at the U.S. Food and Drug Administration to relinquish possession of all records, or true and accurate reproductions thereof, relating to any VAERS report submitted on behalf of petitioner, Sandra E. Horvath. Petitioner may use the subpoena form 7A contained in the Appendix of the Rules of the U.S. Court of Federal Claims and available online at http://www.uscfc.uscourts.gov/sites/default/files/Form%207A.pdf.

**IT IS SO ORDERED.**

Dated: <u>February 9, 2016</u>  s/ Laura D. Millman
Laura D. Millman
Special Master